AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:25-mj-00142 |
| Ernesto Villalobos | ) | |
| | ) | |
| | ) | |

_____
*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____Janaury 2024 to March 2025____ in the county of ____Montgomery, Franklin____ in the ____Southern____ District of ____Ohio____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC s. 846 & 841(b)(1)(A) | conspiracy to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances |

This criminal complaint is based on these facts:

See Attached Affidavit of Cameron Basile

☑ Continued on the attached sheet.

_____
*Cameron Basile*
*Complainant's signature*

Cameron Basile, SA of the DEA
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date:   March 20, 2025   _____

Caroline H. Gentry
United States Magistrate Judge

City and state:   ____Dayton, Ohio____   _____

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Cameron D. Basile, hereby duly sworn, declare and state:

## INTRODUCTION

1.      I am a Special Agent ("SA") of the Drug Enforcement Administration ("DEA"), assigned to the Dayton Resident Office. I therefore am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 21 U.S.C. § 878. Moreover, I am an "investigative law enforcement officer" within the meaning of 18 U.S.C. § 2510. The information contained in this Affidavit is either personally known by me or relayed to me by other law enforcement officers involved in this investigation.

2.      I have been employed as a law enforcement officer by the DEA since May 2023, and I am currently assigned to the Dayton Resident Office. As a SA with the DEA, I attended multiple trainings at the DEA Training Academy in Quantico, Virginia that included a 17-week Basic Training Academy with various specialized trainings focusing on narcotics identification, surveillance techniques, methods of operation of narcotics traffickers, evidence handling, undercover operations, and current trends and patterns involving the distribution of narcotics, as well as other areas of drug enforcement.

3.      During my career with the DEA thus far, I have participated in an assortment of controlled substances investigations, including those involving marijuana, cocaine, heroin, methamphetamine, fentanyl, metonitazene, and counterfeit pharmaceuticals.  To date, I have assisted in the investigation of financial crimes to include money laundering, structuring habits, and bulk cash smuggling.  I have interviewed witnesses, subjects, and defendants involved in and/or arrested for drug violations, and have participated in several joint interagency federal and state investigations.  Additionally, I have participated in and supervised the use of confidential

1

sources, conducted physical surveillance, affected search warrants and arrest warrants, and written numerous reports. I have also written multiple affidavits in support of applications for search warrants, including search warrants for searches of residences, cellular telephone location pings, suspicious mail parcels, and GPS trackers. Through my training, I have become familiar with coded terminology utilized by drug trafficking organizations to disguise their illegal activities and the manner in which they conduct these illegal activities. Through my training and experience, including on-the-job discussions with other law enforcement agents and cooperating suspects, I am familiar with the activities of drug smugglers and drug trafficking distribution networks.

## PURPOSE OF AFFIDAVIT

4. I make this affidavit in support of a criminal complaint and arrest warrant for Ernesto Villalobos for violations of 21 U.S.C. §§ 846 and 841(b)(1)(A) (conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances).

## PROBABLE CAUSE

5. Between January 2024 to the present, agents of the DEA Dayton Resident Office (DRO) and FBI Dayton Resident Agency (DRA) have investigated ERNESTO VILLALOBOS (hereinafter referred to as "VILLALOBOS") for his role supplying controlled substances – including methamphetamine, fentanyl, and cocaine – to Dayton, Ohio, and other locations throughout the eastern United States.

6. Specifically, on or about January 10, 2024, investigators from the DEA lawfully intercepted in the Dayton, Ohio, area and searched pursuant to a federal warrant a package shipped

2

from the UPS Staples Ship Center at 3090 E. Slauson Ave, Huntington Park, California (hereinafter "Huntington Park Staples") the preceding day.  Upon examining the package, investigators discovered within it five kilograms of crystal methamphetamine as later confirmed through lab results.  DEA sought and obtained from the Huntington Park Staples surveillance video of the person who sent the methamphetamine-laden package.  The video depicts the sender whom law enforcement has identified as VILLALOBOS. For instance, using various databases, law enforcement reviewed a driver's license photo of VILLALOBOS, and the sender of the drug parcel matched that driver's license photograph.

7.      During May 2024, law enforcement confronted an individual identified herein as CD-1 concerning their involvement in a drug trafficking ring sending drug parcels from California to CD-1 and other people throughout the United States.  Speaking with law enforcement, CD-1 confirmed their involvement in this organization and identified VILLALOBOS as the person coordinating the shipment of drug parcels from California to individuals throughout the United States.  CD-1 confirmed that CD-1 had spoken with VILLALOBOS concerning the contents of the packages and that VILLALOBOS knew that they contained drugs, including methamphetamine and fentanyl.  Law enforcement reviewed toll records from the respective telephones of CD-1 and VILLALOBOS, and their devices where in frequent contact with one another, corroborating CD-1's involvement with VILLALOBOS.  Additionally, during June 2024, CD-1 provided law enforcement a text message received from VILLALOBOS concerning a parcel that VILLALOBOS had sent to North Carolina from the Huntington Park Staples.  CD-1 understood the package to contain controlled substances.  Based on my training and experience, information concerning the parcel – including its weight, address, and method of delivery – proved consistent with a drug package.

3

8.      During March 2025, law enforcement again intercepted a package that VILLALOBOS sent from California to Ohio that contained bulk quantities of drugs – on this occasion, kilograms of methamphetamine.   Specifically, on or about March 13, 2025, Huntington Park Staples contacted law enforcement and advised that VILLALOBOS had dropped off a package for next day air delivery to Columbus, Ohio (hereinafter, "the March Package"). Huntington Park Staples provided DEA with the video footage of the individual who dropped of the package at Huntington Park Staples (see figure 1 below).



*Figure 1: VILLALOBOS entering Staples with the March Package on 3/13/2025*

9.      Using law enforcement databases, I reviewed a California driver's license photo of **VILLALOBOS** (see figure 2 below).



*Figure 2: VILLALOBOS' California DMV Photo*

10. Once again, I compared the California DMV photo of VILLALOBOS to the video camera footage of the person who sent the March Package from the Huntington Park Staples. Through my training and experience, and the experience of other agents involved in this investigation, I believe that the physical description of the individual depicted in the video camera footage matches that of VILLALOBOS on his California driver's license.

11. The Huntington Park Staples also provided DEA with a scanned copy of the shipment details for the March Package, including the shipper's and recipient's information. The shipment details of the March Package indicated that it was issued a UPS tracking number 1Z V82 3F6 15 9209 3063 and had a weight of 16 lb 7 oz. The shipment details for the March Package displayed that the sender paid approximately $337.77 to send it from Los Angeles to Columbus. The sender information printed on the label for the March Package read "KEVIN MOORE, 1(562)232-0568, 9068 CHANEY AVE, DOWNEY, CA 90240-2414". The recipient information printed on the label for the March Package read "DOUG JONES, 1(562)232-0568,

5

3840 WINTERGREEN BLVD, COLUMBUS, OH 43230-1059".   A review of law enforcement databases found that neither the sender nor the recipient information on the March Package matched known individuals at these addresses.   Based on, among other things: the identity of the person who shipped the package (VILLALOBOS), the expensive delivery method (next day air which is a common mode by which drug traffickers ship narcotics, the weight of the package (which proved consistent with a bulk shipment of drugs), and the fictitious shipping information, law enforcement concluded that the March Package contained controlled substances.

12.      On or about March 14, 2025, law enforcement intercepted the March Package at or near Columbus, Ohio.   Law enforcement deployed a trained and certified drug dog on the package, and the canine alerted to the presence of narcotics.   Law enforcement sought and obtained a federal search warrant authorizing the search of the March Package.

13.      On or about March 17, 2025, DEA executed that federal search warrant on the March Package (see figure 3 below).   During the search, DEA located within the parcel a cooler bag that concealed four saran wrapped bundles, totaling 5600 gross grams of a white crystal-like substance (see figures 4 and 5 below).   Federal agents field tested the white crystal-like substance, and it returned as methamphetamine.



*Figure 3: The TARGET PACKAGE*



*Figure 4: Cooler Bag inside of the TARGET PACKAGE*



*Figure 5: Four Saran Wrapped Bundles Containing Suspected Methamphetamine Concealed within the Cooler Bag inside of the March Parcel*

## CONCLUSION

14.     In total, between, January 2024 through March 2025, law enforcement has intercepted and lawfully searched multiple packages that VILLALOBOS sent from the Huntington Park Staples to various locations in the United States, including Dayton, Ohio, North Carolina, and West Virginia.   Law enforcement confirmed VILLALOBOS as the sender of these packages through various techniques, including: review of surveillance footage at the Huntington Park Staples capturing him mailing the parcels; witness statements from people at the Huntington Park Staples who observed VILLALOBOS there at the time of the mailings; geolocation information collected pursuant to federal search warrants for a telephone known to be used by him and subscribed in his name that placed VILLALOBOS at or near the Huntington Park Staples at the time of the mailings; and information from CD-1.   In total, during this time, law enforcement has seized and lawfully searched pursuant to federal warrants 10 packages that

8

VILLALOBOS sent from the Huntington Park Staples that collectively contained over: 16 kilograms of methamphetamine; 7 kilograms of cocaine; 4 kilograms of fentanyl, and 1 kilogram of tramadol.   Given the frequency of these mailings and the volume of drugs contained within them, I believe that VILLALOBOS knew that each of these packages contained controlled substances.   The drugs collectively held within these parcels valued in the hundreds of thousands of dollars, and a drug organization would be reticent to entrust such high value items to an unwitting participant.   Furthermore, CD-1 confirmed VILLALOBOS' role in this drug trafficking operation.

15.     Based on the foregoing, I respectfully request that the Court issue the above-requested complaint and arrest warrant for VILLALOBOS.


_____
CAMERON D. BASILE
Special Agent
Drug Enforcement Administration


By telephone
Subscribed and sworn to before me,

this 20th day of March 2025.

_____
Caroline H. Gentry
United States Magistrate Judge

9