IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.                        CASE NO. 3:25-cr-27

ERNESTO VILLALOBOS,

                Defendant.

                TRANSCRIPT OF PROCEEDINGS

PRESIDING:  THE HONORABLE WALTER H. RICE

DATE:       Wednesday, November 5, 2025

APPEARANCES:

For the Plaintiff:

DOMINIC S. GERACE
UNITED STATES ATTORNEY
By:  Brent G. Tabacchi, Esq.
     Elizabeth McCormick, Esq.
     Assistant United States Attorney
     United States Attorney's Office
     200 W. Second Street
     Suite 602
     Dayton, Ohio  45403
     (937) 225-2910
     brent.tabacchi@usdoj.gov
     elizabeth.mccormick@usdoj.gov

For the Defendant:

By:  Peter R. Certo, Jr., Esq.
     Buckley King
     110 N. Main Street
     Suite 1200
     Dayton, Ohio  45402
     (937) 608-9460
     certo@buckleyking.com

Also Present:

     Beth Russell, Courtroom Deputy Clerk
     Daniel Wiest, Law Clerk
     Charles Steed, Probation

Court Reporter:  Caryl L. Blevins, RPR, CRR
               Walter H. Rice Federal Building
               U.S. Courthouse
               200 W. Second Street
               Dayton, Ohio  45402
               (937) 512-1511
               caryl_blevins@ohsd.uscourts.gov

Proceedings recorded by mechanical stenography, transcript produced by computer.

EXAMINATIONS CONDUCTED                    PAGE

CAMERON BASILE.............         5

BY MR. TABACCHI:...............................     5

BY MR. CERTO:.................................    39

BY MR. TABACCHI:..............................    44


EXHIBITS PRESENTED

Government's Exhibit 1, chart of

intercepted drug parcels.....................     9

Government Exhibit 2, chart of seized drug

totals.......................................    14

Government's Exhibits 3, 4, 5, and 6, cell

phone screenshots............................    16

Government's Exhibit 6, test message from

Villalobos to Esha 2.........................    21

Government's Exhibit 7, DEA 2024 estimated

drug prices..................................    24

Government's Exhibit 8, Villalobos CashApp

transactions.................................    29

Government's Exhibit 9, CashApp money flow...    34

Government's Exhibit 10, CashApp money flow..    35

Government's Exhibit 11, text message from

Villalobos to Cuz C Ohio.....................    36

Wednesday, November 5, 2025

1:49 p.m.

(Proceedings had in open court.)

THE COURT:  Well, good afternoon, all.  We have, pardon me, Case CR3-25-27(1), United States of America versus Ernesto Villalobos.  The Defendant is in open court with counsel, Mr. Peter Certo.

The Government is present in the person of Assistant United States Attorneys Mr. Brent Tabacchi and Ms. Elizabeth McCormick.  Mr. Charles Steed, United States Probation Officer, is present as well.

We are here today for a sentencing hearing but not sentencing itself.  I understand the Government has one witness to offer.  The sentencing will take place after the parties have had the opportunity to file post-hearing memoranda.

Mr. Tabacchi, we look to you to proceed.

MR. TABACCHI:  Thank you, Your Honor.  At this time, the United States would call DEA Special Agent Cam Basile.

THE COURT:  All right.  Sir, if you would.  Raise your right hand if you would.  Do you swear to tell the truth, the whole truth, nothing but the truth, so help you God?

THE WITNESS:  I do.

THE COURT: Please be comfortable.

THE WITNESS: Thank you, sir.

THE COURT: Proceed if you would, sir.

MR TABACCHI: Thank you, Your Honor.

~ ~ ~

CAMERON BASILE

of lawful age, Witness herein, having been first duly cautioned and sworn, as hereinafter certified, was examined and said as follows:

DIRECT EXAMINATION

BY MR. TABACCHI:

Q. Special Agent Basile, could you introduce yourself to the Court, spelling your first and last name?

A. DEA Special Agent Cameron Basile, B A S I L E.

Q. How long have you worked for the DEA?

A. Approximately three years.

Q. And prior to your time with the DEA, did you have any law enforcement experience?

A. No, I did not.

Q. What did you do prior to joining the DEA?

A. I served in the United States Navy for approximately 10 years.

Q. And what rank did you achieve with the Navy?

A. I was a chief petty officer.

Q. Through your work with the DEA, have you become

familiar with the manner in which drug traffickers generally operate?

A.    Yes, I have.

Q.    What are some of the things, during your three years of experience, that have allowed you to gain an understanding of how drug traffickers operate?

A.    I've conducted multiple investigations, both of my own and other agents' from other law enforcement agencies and DEA, to include investigations of drug trafficking via selling narcotics out of residences, sending narcotics through the mail system, as well as other methods taught to us at the DEA academy.

Q.    During your time with the DEA, have you ever participated in search warrants?

A.    Yes, I have.

Q.    Have you debriefed cooperating defendants and informants?

A.    Yes, I have.

Q.    Have you listened to any wiretap intercepts?

A.    Yes, I have.

Q.    Through all of those experiences, have you developed some understanding and appreciation of how drug traffickers operate?

A.    Yes, I have.

Q.    Through your work with the DEA as well as your sister

agency, the FBI, have you become familiar with an individual by the name of Ernesto Villalobos?

A.    I have.

Q.    Can you tell the Court when it is that Mr. Villalobos first came onto the radar of federal law enforcement?

A.    Mr. Villalobos came onto the radar for federal law enforcement in 2022 when he was identified by another coconspirator, David Gullatte, as a source of supply for illicit drugs.

Q.    And approximately when was that that David Gullatte advised federal law enforcement concerning he, being Mr. Gullatte's, alleged relationship with Mr. Villalobos?

A.    In 2022.

Q.    During early 2024, did Mr. Villalobos come back onto law enforcement's radar?

A.    He did.

Q.    How was it that he caught the attention of the DEA and the FBI in 2024?

A.    In January 2024, the DEA intercepted a package at a UPS in Dayton, Ohio.  Upon executing a federal search warrant on the package, we found narcotics inside.

        Through further investigation, we identified that Ernesto Villalobos was the sender of that package from a ship center in Los Angeles, California.

Q.    The January package that you intercepted, what kind of

drugs were in it?

A.    Methamphetamine.

Q.    And can you advise the Court approximately how much methamphetamine was recovered from that parcel?

A.    It was approximately 5,000 grams, or five kilograms of methamphetamine.

Q.    And did law enforcement test the purity of those drugs?

A.    Yes, we did.

Q.    And how pure were they?

A.    99 percent pure.

Q.    You indicated that law enforcement identified Mr. Villalobos as the person who had shipped the package. How did law enforcement do that?

A.    Law enforcement received videocamera footage of the individual who sent the package.  Upon reviewing the footage, law enforcement identified that the individual dropping off matched the description of Ernesto Villalobos's driver's license for the state of California.

      Furthermore, law enforcement was -- through further -- con -- further investigation identified phone numbers for Ernesto Villalobos and, upon tracking the phone used by Villalobos, identified that the phone would return to the residence associated with Ernesto Villalobos.

            MR. TABACCHI:  At this time, Your Honor, with the Court's permission, request that the deputy clerk provide

Special Agent Basile with Government's Exhibits 1 through 11.

THE COURT:  All right.  If you would, Beth.

COURTROOM DEPUTY CLERK:  (Providing.)

THE WITNESS:  Thank you, ma'am.

BY MR. TABACCHI:

Q.   Special Agent Basile, during the course of 2024, did law enforcement intercept any additional packages sent by Mr. Villalobos other than that January 2024 package?

A.   Yes, we did.

(Government's Exhibit 1, chart of intercepted drug parcels, presented for purposes of identification.)

BY MR. TABACCHI:

Q.   Taking a look at Government Exhibit 1, do you recognize the contents of this chart?

A.   I do.

Q.   What is it?

A.   The contents show various packages sent between January 2024 and March of 2025 that were sent by Ernesto Villalobos. It lists the -- the amounts and type of controlled substances listed in each package as well as the destination and the day the package was sent.

Q.   All right.

MR. TABACCHI:  And so that we can all be on the same page with what this chart represents, Your Honor, with

permission, may I publish the -- Exhibit 1?

THE COURT:  There being no objections, go ahead, sir.

(Exhibit 1 displayed on courtroom monitors.)

BY MR. TABACCHI:

Q.   Special Agent Basile, the top column, there's a date, controlled substance, destination.  What does the date represent?

A.   The date that the package was ultimately seized by law enforcement.

Q.   And then the controlled substance column?

A.   That column indicates the amount and type of controlled substance located inside of each package.

Q.   And that was confirmed how?

A.   All packages seized were sent to the DEA laboratory for the respective region in which they were seized.

Q.   And then the destination, what does that represent?

A.   That column represents the city and state which the package in question was destined for.

Q.   How many packages does this chart detail that law enforcement seized originating from Mr. Villalobos?

A.   Nine packages.

Q.   And what are the variety of destinations that these packages were bound for?

A.   The destinations include various cities in Ohio, to

include Dayton and Columbus. They include various cities in North Carolina, to include Charlotte and Raleigh, and it includes Charleston, West Virginia.

Q. Now, you've indicated that Mr. Villalobos sent these packages. Provide the Court a little more detail as to how law enforcement confirmed that.

A. Law enforcement received the videocamera footage inside of the UPS Huntington Park Staples for every package that was sent by Villalobos. In every case, Villalobos was present and a individual dropping off the package.

Additionally, law enforcement tracked the phone and identified that every movement of Villalobos to the store and back to his residence matched the movement of the phone.

Q. Additionally, did law enforcement execute a search warrant on Mr. Villalobos' Los Angeles area residence during April of 2025?

A. Yes, we did.

Q. Did law enforcement during that search or subsequent to it conduct a post-Miranda interview of Mr. Villalobos?

A. Yes, we did.

Q. Did he have anything to say about these packages?

A. Yes. During the post-Miranda and arrest interview, Ernesto Villalobos admitted to federal agents that he was shipping narcotics through the mail system, specifically at the UPS Huntington Park Staples.

Q.   I want to focus in on two of these transactions, if I could.  Looking at the May 3, 2024, transaction that's highlighted in green, do you see that?

A.   I do.

Q.   Okay.  Did law enforcement obtain the surveillance footage of the drop-off of this package at the delivery -- or let me rephrase the question, if I may.

Did law enforcement obtain surveillance footage of Mr. Villalobos dropping this particular package off in the Los Angeles area?

A.   Yes, we did.

Q.   Was there something unusual or different about this particular delivery as caught on the surveillance cameras than the other deliveries?

A.   Yes, there was.

Q.   What was that?

A.   That the package was not carried into the store by Ernesto Villalobos.  At that time, Mr. Villalobos was using a Rollator, or a walker, due to, my understanding, previously having surgery and being in recovery.  The package itself was carried into the store by his son.

Q.   Was Mr. Villalobos with his son?

A.   Yes, he was.

Q.   I'd like to draw your attention to one more delivery, one highlighted in red on March the 14th of 2025.  Law --

did law enforcement seize this particular package?

A.    Yes, we did.

Q.    In searching postal and UPS records around the time of this shipment, did law enforcement find any other suspicious activity that linked to Mr. Villalobos?

A.    Yes, we did.  Law enforcement identified that there was a package sent the day before this package was sent.  Both packages had similar shipping details, to include the sender and recipient information.

They both had the same description of contents, which were labeled gift, and they were both similar weights, but specifically the package that was unintercepted was a few pounds heavier than the package that was intercepted, which is shown on this document.

Q.    Based on your training and experience, do you have a belief or conclusion as to what was in that second package that law enforcement did not intercept?

A.    I do.

Q.    What is that?

A.    I believe that that package contained approximately five kilograms or more of methamphetamine.

Q.    Did Mr. Villalobos make any statements in his post-Miranda interview that confirmed your conclusion?

A.    Yes, he did.

Q.    And what did he tell you?

A.    He told us that both packages contained the same thing.

Q.    Meaning?

A.    Which would be methamphetamine.

(Government Exhibit 2, chart of seized drug totals, presented for purposes of identification.)

BY MR. TABACCHI:

Q.    If you could take a look at Government Exhibit 2, what is Government Exhibit 2?

A.    Government Exhibit 2 contains the total amounts of types of seized drugs throughout the course of the investigation.

Q.    And for the information and benefit of the Court, what were the total amounts of seized controlled substances?

A.    Law enforcement seized a total of 7.02 kilograms of cocaine, 4.01 kilograms of fentanyl, 15.25 kilograms of methamphetamine.

Q.    Does the total of methamphetamine there listed include that second unintercepted parcel -- parcel that Mr. Villalobos admitted he had sent?

A.    No, it does not.

Q.    Let's focus in a little bit on the methamphetamine. Can you comment on the general purity of that particular drug?

A.    In most cases, if not all, from the methamphetamine seized which was sent by Villalobos, the methamphetamine was

between 95 and 100 percent purity.

Q. Going back to the search warrant at Mr. Villalobos' home, during that search, did law enforcement recover cellular telephones that belonged to him?

A. Yes, we did.

Q. Did law enforcement execute search warrants on those cellular telephones?

A. Yes, we did.

Q. Have you had an opportunity to go through Mr. Villalobos's cell phone?

A. Yes, I have.

Q. In going through the cell phone, were you able to reach any conclusions as to whether there were other packages that Mr. Villalobos had sent out containing drugs but that law enforcement either missed or was unaware of?

A. Yes, I was.

Q. What was some of the information that you found in the phone that led you to believe that there were additional packages that he had sent?

A. Throughout a plethora of text message conversations, there would be points in time where Ernesto Villalobos would send shipment details, tracking numbers, or statements stating that he had sent the package to a specific customer.

Additionally, there would be texts where a customer would ask if he was going to send out a box and he would

reply in whichever capacity that he would send the box out that day, the next day, or he was waiting for the drugs to be delivered to his house.

Q.    It may appear to some people that just saying that you're sending out a box is -- could be anything.  Did the conversations of these unknown or previously unknown packages bear any similarities to conversations that you found in the phone dealing with known seized packages?

A.    Yes.

Q.    What were some of the similarities?

A.    In every case of a seized package sent by Ernesto Villalobos, the description of contents were labeled gift or gifts, and the photos of shipping details sent by Villalobos to other coconspirators, the same description of contents were used.

Additionally, there were similar addresses and names of add -- names of recipients sent to those recipients as well as Mr. Villalobos would use a false shipper name, which was fairly consistent among many of the packages.

Q.    What was that false shipping name, if you recall?

A.    I believe there were several.  I believe one of them was Martio Ayala, and there were others which I cannot recall at this time.

(Government's Exhibits 3, 4, 5, and 6, cell phone screenshots, presented for purposes of identification.)

BY MR. TABACCHI:

Q.   If you could take a look at Government's Exhibits 3, 4, 5, and 6.  We'll go through each of these one at a time, but in general terms, do you recognize these exhibits?

A.   Yes, I do.

Q.   And what are they?

A.   Government Exhibit 3 would be a screenshot from Ernesto Villalobos' phone with, as I understand, his girlfriend Julie.  On this specific screenshot, it shows two photos of shipment details taken presumably from Ernesto Villalobos' phone and sent to Julie.

These shipment details indicate every detail about the packages sent, to include the shipper name, the recipient name, shipper address, recipient address, description of contents within the box, the tracking number, and how much he paid.

Q.   And let me, if we could --

MR. TABACCHI:  Permission to publish Government Exhibit 3, Your Honor?

THE COURT:  There being no objection, it may be published.

And simply for the record, Mr. Certo, whenever there's an offer of an exhibit or a request to publish, I pause for a moment to give you the chance to object if you wish.

MR. CERTO:  I understand, Your Honor.  I appreciate it, and there were no objections either to this or the prior request.

THE COURT:  All right.  I so concluded.  Thank you.

MR. TABACCHI:  Thank you, Your Honor.

(Exhibit 3 displayed on courtroom monitors.)

BY MR. TABACCHI:

Q.   Special Agent, I'm zoomed in on the upper right-hand corner of Exhibit 3.  What are we looking at?

A.   The upper right-hand corner would show the ship date, as in the date the package was dropped off, it would show the expected delivery date, and it would show the type of delivery service requested by the package sender.

Q.   And the shipment date on this package was what?

A.   Appears to be February 19th of 2024.

Q.   Through your work in drug interdiction, have you become familiar or is there anything significant about the use of UPS Next Day Air?

A.   Yes, I have.

Q.   What is that?

A.   Drug traffickers typically prefer to send packages containing drugs Next Day Air or Next Day Air Early a.m. due to reducing the amount of time that the package is in transit as well as to be delivered as soon as possible to

the recipient.

Q.    The destination of this package was to what location and to whom?

A.    The destination of this package shows that it was intended for 104 Millwood Village Drive, Englewood, Ohio, to a recipient, Waltiara Allen.

Q.    Through your investigation with the FBI, did you and your fellow agents reach any conclusions as to who was associated with this property in the Dayton area?

A.    We did.

Q.    And who was that?

A.    David Gullatte.

Q.    Did law enforcement intercept this panel?

A.    No, we did not.

Q.    Taking a look at Government Exhibit 4.

        MR. TABACCHI:  Again, Your Honor, permission to publish?

        THE COURT:  Go ahead, sir.

        (Exhibit 4 displayed on courtroom monitors.)

BY MR. TABACCHI:

Q.    If you could describe for the Court what -- what screenshot we're looking at here in Exhibit 4.

A.    Exhibit 4 would show a screenshot taken on Ernesto Villalobos' phone.  The conversation was with a recip -- or with a user of a WhatsApp phone number -- phone number

(803) 670-6594.  The conversation in question shows a screenshot sent by Ernesto Villalobos of shipment details for a package sent from Staples as well as text messages below that, which he states to a presumed recipient of the package, get ready to go out for delivery, fam.  Going back to sleep.  Everything good.

Q.   Taking a look at the second page of the exhibit, is this a closeup of the photograph that we saw on page 1?

A.   Yes, it is.

Q.   And taking a look at the shipment date of this parcel, what would the date be?

A.   The shipment date was April 1st, 2024.

Q.   Where was this parcel bound to?

A.   1606 Hawfield Road, Charlotte, North Carolina.

Q.   Did law enforcement intercept this particular package?

A.   We did intercept a package going to 1606 Hawfield Road. I do not recall if this is the specific tracking number that was seized; however, we did seize a package to that address during this time.

Q.   Okay.  To this address, correct?

A.   Yes.

Q.   In late April of 2024?

A.   Yes.

Q.   Okay.  Was -- I'll ask you again, was this a parcel that was intercepted, then?

A.    No, it was not.

Q.    Based on your training and experience, what do you believe was in this parcel?

A.    I believe this parcel contained illicit drugs, presumably methamphetamine.

Q.    Taking a look at Government Exhibit 5, without publica -- without publication of it, if we could just generally discuss it, what is depicted in Government Exhibit 5?

A.    Government Exhibit 5 is a further screenshot from the same conversation with the same WhatsApp phone number, (803) 670-6594.  Mr. Villalobos then sends two photos of shipment details to this phone user.

Q.    And based on your investigation, what do you believe this shipping number relates to?

A.    I believe the shipments relate to Mr. Villalobos sending illicit drugs to the addresses shown on the shipment details.

(Government's Exhibit 6, test message from Villalobos to Esha 2, presented for purposes of identification.)

Q.    Finally, Government Exhibit 6.

MR. TABACCHI:  Permission to publish, Your Honor?

THE COURT:  Go ahead, sir.

(Exhibit 6 displayed on courtroom monitors.)

BY MR. TABACCHI:

Q.   Taking a look at Government Exhibit 6, particularly the middle portion of it, what is it that we're seeing here?

A.   The middle portion of Government Exhibit 6 shows that Ernesto Villalobos was tracking a parcel with the phone user Esha 2.

Q.   And taking a look at the second page, what's depicted here?

A.   Page 2 shows a photo of a United States Postal Service package which Villalobos took and sent to the phone user Esha 2, which shows that there is a fictitious shipper name and an address on the box which Esha 2 gave him to ship the package to.

Q.   Does the fictitious shipper information suggest anything to you about this package?

A.   Yes, it does.

Q.   What is that?

A.   Through training and experience, I've learned that drug traffickers will use false shipper and recipient names to hide the true nature of who sent the package for various reasons; mainly, to thwart law enforcement detection.

Q.   Did law enforcement intercept the parcels described in Government's Exhibits 6 and 7?

A.   In Government Exhibit 6, we did not intercept that package.

Q.    And what about the one in Government Exhibit 7?

A.    Government Exhibit 7 (sic) is showing me the drug prices.

Q.    I apologize.  Government Exhibit 5 and 6, if I could.

A.    No, we did not seize the packages in Government Exhibit 5.

Q.    Government Exhibit 1, just for summary purposes, had parcels that were intercepted, so nine in total.  In your view of Mr. Villalobos' phone, how many packages in total did he ship out that you believe contained controlled substances that law enforcement did not intercept?

A.    Approximately 69 packages.

Q.    69, including the nine that were intercepted?

A.    Yes.

Q.    So how many unintercepted pack -- packages do you estimate?

A.    Approximately 59 to 60.

Q.    And for summary purposes, what led you to conclude that those packages contained controlled substances in them?

A.    In certain instances when Mr. -- Mr. Villalobos would send pictures of the shipment details, he would use the same shipper information or they'd be multiple packages sent to the same recipients, in which cases, drugs had already been seized going to those recipients.

      Other circumstances would show that he listed the same

contents within the boxes, gift or gifts. In other instances, there would be texts which would reveal presumably the nature of what's in the package, such as recipients requesting cocaine or fentanyl or other drugs as well as screenshots of peer-to-peer transactions which were sent back and forth between Villalobos and other coconspirators.

Q. Based on your review of Mr. Villalobos' phone, is it fair to characterize him as he's just a drug mule, just shipping drugs at the behest of somebody else?

A. No, it's not.

Q. In reviewing Mr. Villalobos' phone, how would you characterize his role in this drug conspiracy?

A. I would characterize Mr. Villalobos as the source of supply for illicit drugs for coconspirators around the United States.

Q. Including whom who has already been charged?

A. David Gullatte.

Q. Did Mr. Villalobos, based on your investigation, have his own sources of supply?

A. He did.

(Government's Exhibit 7, DEA 2024 estimated drug prices, presented for purposes of identification.)

BY MR. TABACCHI:

Q. I'd like you to take a look at Government Exhibit 7, if

you could.  What is Government Exhibit 7?

A.    Government Exhibit 7 is a chart which lists the DEA's 2024 estimated drug prices for a kilogram of cocaine, a kilogram of fentanyl, and a pound of methamphetamine.

Q.    How does DEA compile this information?

A.    DEA compiles this information nationwide through interviews with suspects, with law enforcement, as well as other data received throughout investigations such as through phone text messages and so on.

Q.    Based on DEA's information, could you advise the Court what a kilogram of cocaine was selling for here in the Dayton, Ohio, area if they -- somebody would go out and pur -- well, let me withdraw the question.

What would a kilo of cocaine cost in 2024?

A.    Approximately 18- to $20,000.

Q.    Whose purchase price would that be?

A.    That would be the purchase price for an individual, say, in Dayton, Ohio, purchasing it from somebody else in Dayton, Ohio, but not presumably from a west coast source state supplier.

Q.    What's the significance of that, of this was the price of two people in Dayton negotiating it versus a person in Dayton negotiating it with somebody on the west coast?

A.    If a customer in an area, per se, Dayton, Ohio, is discussing the purchase of, in this case, a kilogram of

cocaine with a source state supplier, the price is typically significantly less.  In some instances, I would say it could potentially be 5- to $6,000 less than what's listed on the chart.

Q.   So fair to say that the figures that are on this chart are fairly conservative in terms of what the purchase price is?

A.   I would say that's fair, yes.

Q.   What was the price of fentanyl?

A.   25- to $30,000.

Q.   And for a pound of methamphetamine?

A.   Approximately 1,200 to $2,000.

Q.   And those prices reflect the previous description of who the purchaser would be?

A.   Yes.

Q.   Through the course of the investigation that DEA and FBI conducted, did law enforcement collect financial records concerning Mr. Villalobos and his family and some of his close associates?

A.   Yes, we did.

Q.   What type of financial records were collected?

A.   In all cases, CashApp records, which reflect peer-to-peer transaction records, and in the case of Mr. Villalobos, to include CashApp but also Bank of America, and Zelle transactions.

Q.    What family members did law enforcement also collect on -- collect financial information for?

A.    Mr. Villalobos' girlfriend Julie as well as his sons Matt and Jason.

Q.    As somebody who is not particularly savvy with online and apps, unfortunately I'm a bit of a Luddite, can you explain a little bit about what CashApp is?

A.    CashApp is an application that a user can download and link their true name, their date of birth, their Social Security number, and their bank accounts if they verify their account.

     If they do not verify their account, then they don't need to put all the personal information in there.  In these cases --

     COURT REPORTER:  I'm sorry.  I'm going to need you to slow down a little bit for me.

     THE WITNESS:  Yes, ma'am.  I apologize.

     THE COURT:  Read the last thing you -- you heard, Caryl.

     COURT REPORTER:  Yes, sir, Your Honor.

     (Record read as follows:  If they do not verify their account, then they don't need to put all the personal information in there.  In these cases -- )

     THE WITNESS:  In these cases, the accounts were verified with names and dates of birth and Social Security

numbers, among other information.

Once a user has an account, they're able to send money from whether it be their CashApp wallet, which would be money that they have accumulated in their account, or they can withdraw money from their bank account to then send to other users, and as far as I understand, you can also obtain a CashApp debit or credit card to use to make purchases with your CashApp account for personal goods.

BY MR. TABACCHI:

Q. Does CashApp place a limit, a cap, on financial transactions between individuals over certain periods of time?

A. Yes, it does.

Q. Can you explain that?

A. Through my -- through my investigation, I learned that CashApp will place a $7,500 weekly sending limit amongst verified users. If you do not have a verified account, the amount is much less, and I believe that amount is approximately $270.

Q. Does that -- just so that I understand, does that mean that if I were -- I, Brent Tabacchi, were trying to send Special Agent Cam Basile money, the max I could send you if we both have verified CashApp accounts in a one-week period is $7,500?

A. That's correct.

Q.    Does that limitation create some structural issues for drug traffickers?

A.    Yes, it does.

Q.    What is that structural issue?

A.    As we discussed in a previous Government exhibit that lists the DEA prices for drugs, in most cases, a kilogram of illegal drugs is greater than the amount -- the price for that kilogram is greater than what you can send for one payment to a -- an individual.

So to -- to make payments for a large amount of drugs, you need to make multiple payments.  In this case, if you're maxing out your limit to one individual, you would need to send payments to cover the rest of your cost of illegal drugs to other users.

Q.    And through your and FBI's review of the CashApp information, did you see any type of indicators of that type of structuring going on involving Mr. Villalobos and his family and friends?

A.    Yes, we did.

(Government's Exhibit 8, Villalobos CashApp transactions, presented for purposes of identification.)

BY MR. TABACCHI:

Q.    If you could take a look at Government Exhibit 8.  Do you recognize this?

A.    I do.

Q. And what is this?

A. Government Exhibit 8 shows a analysis of CashApp transactions amongst Ernesto, Matt, and Jason Villalobos and Juliana Heredia.

MR. TABACCHI: Your Honor, permission to publish?

THE COURT: Go ahead, sir.

(Exhibit 8 displayed on courtroom monitors.)

BY MR. TABACCHI:

Q. I want to first talk about -- we've got three columns here. First talking about the date range, what does the date range reflect?

A. The date range -- the date range indicates the amount of data that we received for that individual between those dates listed on the paper.

Q. Is there some reason why the date ranges are smaller and larger for other individuals?

A. Yes.

Q. Okay. And why is that?

A. In some instances, it's because those were the dates that the account was open, and in other instances, it's the specific date ranges requested for furtherance of our investigation on an individual.

Q. And looking at the CashApp transactions, the very bottom, in the date range, there's a single date of 4/19/2024 that corresponds to Juliana Heredia.

Is that a typo?

A.    That is a typo.

Q.    Okay.  What date range would have been -- should have been included in Miss Heredia's CashApp transactions?

A.    If I remember correctly, it's January of 2024 to April 19, 2024.

Q.    Okay.  Thank you.  The middle column, the accountholder, how did you determine that a particular account you're discussing and the date ranges apply to that individual?

A.    When we receive the returns from CashApp for the account data, the account lists the accountholder within that data.

Q.    And then finally, there's a column entitled total transactions.  What does the total transaction value represent?

A.    The total transaction data represents only payments that were successful within the date ranges shown consisting of peer-to-peer transactions.

Q.    So in layman's terms, is that money both coming into the account as well as money going out of the account?

A.    Yes, it is.

Q.    All right.  So there's a fourth column only associated with Mr. Villalobos' account.  Do you see that?

A.    I do.

Q.    Okay.  And does this help break down in a little more detail some of the information that you found concerning Mr. Villalobos?

A.    Yes, it does.

Q.    Of that roughly $1M in transactions going through his account during the date range there, how many transfers were coming into his account?

A.    Approximately $710,000 worth of transactions.

Q.    And how many transfers were going out of the account?

A.    Approximately $300,000.

Q.    Based on your review of the financial records, what does it appear that the bulk, if not all of the money coming into the account, what does it represent?

A.    It represents other coconspirators paying for illegal drugs to be sourced and shipped by Ernesto Villalobos.

Q.    And then the transfer payments out, what do those represent?

A.    That represents payments to other coconspirators, in some cases to structure money and then in other cases, to repay presumable sources of supply for the drugs which he received.

Q.    There are two additional line items up there.  ATM withdrawals, let's talk about that first.  How much in ATM withdrawals did you note in the CashApp records?

A.    Approximately $78,000.

Q.    Was that $78,000 in addition to the $300,000?

A.    Yes, it was.

Q.    Can you explain -- and I know it -- I'm not trying to be -- let me withdraw my statement.

Explain how a CashApp ATM works.

A.    To my understanding, again, CashApp will give a user a -- a debit or credit card and an individual can then take that card to an ATM, insert the card, just like you would with a particular card with a financial institution, and withdraw money from your account.

Q.    There's an additional $70,000 in CashApp purchases. What did that signify?

A.    That signified instances in which Ernesto Villalobos would purchase goods with his CashApp card both online and in person.

Q.    Taking a look at the next line down, Matt Villalobos, what time frame was his CashApp account active?

A.    Approximately February of 2022 to March 2025.

Q.    And what's his relationship to Ernesto Villalobos?

A.    It's my understanding Matt Villalobos is his son.

Q.    How much in transactions, money coming in, money going out, were in Matt Villalobos' account?

A.    $158,000.

Q.    Then looking at Jason Villalobos, what time frame was his CashApp account active?

A.    March 2021 to March 2025.

Q.    His relationship to Ernesto Villalobos?

A.    To my understanding, Ernesto Villalobos' son.

Q.    And the volume of transactions in his CashApp account?

A.    $145,000.

Q.    And then finally, Miss Heredia, we've discussed the time frame.  What is her relationship to Mr. Villalobos?

A.    Again, to my understanding based off of speaking with the Defendant, Juliana Heredia is his girlfriend.

Q.    And how many transactions, money going in, and money going out, in her CashApp account?

A.    Sev -- approximately $72,000.

Q.    In terms of CashApp transfers going into the accounts of Matt Villalobos, Jason Villalobos, and Juliana Heredia, were there incoming transactions from known customers of Ernesto Villalobos?

A.    Yes, there was.

Q.    Who are some of the people that transferred funds between themselves and these three individuals?

A.    David Gullatte, associates of David Gullatte; Keshon Cobb, associates of Keshon Cobb; associates of Tiesha Seek, and others.

        (Government's Exhibit 9, CashApp money flow, presented for purposes of identification.)

BY MR. TABACCHI:

Q.    I'd like you to take a look, if you could, at Government Exhibit 9.  What are we -- what are we seeing here?

A.    This chart shows a diagram which illustrates the flow of money from David Gullatte and his other coconspirators or other package recipients and their coconspirators who were sending money to Matt, Jason, and Juliana Heredia, and then further, they would send money to Ernesto Villalobos.

Q.    Once the money reached Mr. Villalobos, what was he doing with it?

A.    In some instances, there -- you would see ATM withdrawals.  In other instances, you would see him transfer the money to other CashApp users.

          (Government's Exhibit 10, CashApp money flow, presented for purposes of identification.)

BY MR. TABACCHI:

Q.    And taking a look at Government Exhibit 10, is this a little bit different flow or scenario of CashApp transactions?

A.    Yes, it is.

Q.    And can you describe what we're seeing in Government Exhibit 10?

A.    Government Exhibit 10 shows, again, money coming from coconspirators paying for illicit drugs to Ernesto Villalobos, who then further sends money to Matt, Jason, and

Juliana Heredia.

Q. In looking at Mr. Villalobos' cellular telephone, did you find any indication on there of him actually communicating with his customers and directing them to send CashApp payments to family members?

A. Yes, I did.

(Government's Exhibit 11, text message from Villalobos to Cuz C Ohio, presented for purposes of identification.)

BY MR. TABACCHI:

Q. I'd like you to take a look at Government Exhibit 11. What is Government Exhibit 11?

A. Exhibit 11 shows a screenshot of Ernesto Villalobos' phone, which depicts a conversation he was having with a user known as Cuz C Ohio.

In this conversation, Villalobos directs Cuz C Ohio to CashApp Juliana Heredia.

Q. And which part of the conversation, the blue or the gray, would be Mr. Villalobos?

A. Mr. Villalobos would be the blue portion.

Q. Based on your review of the methods in which these packages were shipped, do you have an understanding of what supplies might be here?

A. I do.

Q. What is that?

A.    That would contain -- or that would include boxes, that would in -- let me specify, boxes to send the illicit drugs through the mail system.  That would include lunchboxes which were containing the illicit drugs inside the package.

It would contain -- would include Saran Wrap, coffee grounds, olive oil, dryer sheets, and other methods, including packing peanuts, duct tape, brown packaging tape, all of which Mr. Villalobos would use to package the illicit drugs prior to shipping.

Q.    In your review of Mr. Villalobos' cellular telephone, were there any conversations between he and his girlfriend suggesting that she was aware of his drug-trafficking activities?

A.    Yes, there was.

Q.    Okay.  What kind of conversations?

A.    In several instances, Mr. Villalobos would send her photos of shipping details or texts indicating that law enforcement had seized packages.  Through the responses from his girlfriend to him, it indicates that she was aware of what was in the packages as well as she also said he would make it up on the next one.

In some instances, Mr. Villalobos would say he would be at somebody's house waiting for an individual to come by to drop off the drugs.  In other instances, he would send her video of the drugs he was waiting to package up prior to

sending them off.

Q.   Based on your review of Mr. Villalobos' cellular telephones as well as your post-Miranda interview with him, did he know what types of drugs he was sending out in the mails?

A.   Yes.

Q.   Based on those same sources, do you believe that he knowingly used his family members to facilitate his drug operation?

A.   Yes, I do.

Q.   Based on your investigation, can you give the Court a definitive opinion as to what you believe Mr. Villalobos' role was in this drug conspiracy?

A.   I believe Mr. Villalobos was effectively the source of supply for illicit drugs.  He was based out of Los Angeles and would send drugs around the country to recipients.

Q.   In addition to the parcels that -- or the locations that we previously talked where there were seized packages, did you in Mr. Villalobos' phone find any other locations to which it appears he may have sent controlled substances?

A.   Yes, I did.

Q.   Where else?

A.   Atlanta, Georgia; further packages sent to Charlotte and Raleigh, North Carolina; one parcel to Orlando, Florida; one parcel to Houston, Texas; and other parcels to cities in

Ohio such as Dayton and Columbus.

MR. TABACCHI:  Thank you.

Your Honor, may I have one moment?

THE COURT:  Take your time, sir.

(Brief pause.)

MR. TABACCHI:  Your Honor, subject to moving in exhibits, the Government has no further questions at this time.

THE COURT:  All right, sir.

Mr. Certo, are you prepared to proceed or would a brief recess be helpful?

MR. CERTO:  A brief recess would be helpful, Your Honor.  Thank you.

THE COURT:  All right.  Let's keep it at 10 minutes.  We are in recess.

(Recess taken.)

THE COURT:  All right.  Mr. Certo on cross.

MR. CERTO:  Thank you, Your Honor.

                    CROSS-EXAMINATION

BY MR. CERTO:

Q.    Agent Basile, do you recall meeting me before?

A.    Yes, sir.

Q.    Okay.  How are you today?

A.    Doing good, sir.  How are you?

Q.    All right.  All right.  I don't have many questions for

you, Agent, but I'll just go through a couple.  On -- on
Government Exhibit 1, do you have that in front of you
there?

A.    I do.

Q.    All right.  That's a summary pretty much of the plea
agreement and what he admitted to as far as the charges in
this case; is that a fair statement?

A.    Yes, sir.

Q.    Okay.  So there's no new information there?

A.    Correct.

Q.    All right.  The other -- there are a number of other
transactions you talked about where you were not able to
intercept, and what you testified today is your suspicion as
to what it was.

    You have no actual knowledge as to what they were; is
that a fair statement?

A.    Short of the post-Miranda/post-arrest interview with
Ernesto Villalobos at his -- after the search warrant in
April of 2025, there were no further seized packages by law
enforcement of drugs.

Q.    No.  Okay.  All right.  And so you mention the
post-arrest/post-Miranda meeting that you had with
Mr. Villalobos, correct?

A.    Yes.

Q.    And you've been going through his phone in great

detail.  Would that be correct?

A.    Yes.

Q.    You also recall that it is Mr. Villalobos that gave you the password to his phone, basically allowing you full access to that phone at that post-arrest interview; is that correct?

A.    That's correct.

Q.    And we also had another meeting within the past two weeks or so, maybe three, with regard to his safety valve application; is that correct?

A.    That's correct.

Q.    There was you and there were two other agents and three Assistant US Attorneys, correct?

A.    That's correct.

Q.    And then we spent probably about an hour going through all the screenshots and copies of information you took off his phone, and he answered your questions that day as well; is that correct?

A.    That's correct.

Q.    With regard to the CashApps on Exhibits 9 and 10, do you have those there?

A.    Yes, I do, sir.

Q.    Okay.  Is it my understanding a CashApp works essentially like a credit card?  It's a card that you use?

A.    That is a portion -- I'm sorry.  I don't believe this

is on, so if you can't hear me, let me know. Yes, there are cards you can get through your CashApp account; however, predominantly, it's a peer-to-peer transaction application on the phones, so you can send payments without ever swiping a card.

Q. All right.

THE COURT: Give me a moment. Beth?

(Off-the-record white noise conversation was had between the Court and the Courtroom Deputy Clerk.)

THE COURT: Go ahead, sir.

MR. CERTO: Thank you, Your Honor.

THE COURT: Please.

MR. CERTO: I'm thinking.

BY MR. CERTO:

Q. So it is -- it's the use of the -- the card or the application online, it's not somebody usually who is physically there using that account signing for anything, correct?

A. I would say that's a fair assessment, yes, sir.

Q. Okay. So -- so you tracked CashApp money flows, you know, for Matt Villalobos, Jason Villalobos, and Juliana Heredia.

That's just money that went through their accounts; is that correct?

A. Correct. The amounts showed --

Q.   Well, I --

A.   Yes, sir.

Q.   I'm not getting to the amounts yet.

A.   Yes, sir.

THE COURT:  Give me one more minute.

Can you hear, Mr. Tabacchi?

MR. TABACCHI:  Yes, Your Honor.

THE COURT:  Mr. Villalobos, can you hear?

THE DEFENDANT:  Yes.

THE COURT:  Yes or no, can you hear the witness testify?

THE DEFENDANT:  Yes, I do.

THE COURT:  Thank you.

BY MR. CERTO:

Q.   Other than the fact that that money went through those three people's accounts, is there anything showing that they actually used those accounts for those transactions?

A.   Can you rephrase that question, sir?

Q.   My wife has a credit card with my name on it.  She uses it all the time, so anything she charges on there goes through my name.

Is there anything here where we can demonstrate that it was Matt, Jason, and Juliana that used those CashApps instead of somebody else?

A.   I understand.  When you look at a CashApp return, it's

broken down in a way that shows if a card was used and whether the card was present or not, as in an on line purchase, and there's a separate category that shows direct transfers.

Now, direct transfers correspond to specific phone numbers or emails or phones attached to that -- that account.

Q.   Okay.  But again, it's a -- it's a -- it's an attachment -- it's a number attachment, it's not a visual attachment.

Nobody sees you using it, nobody can identify you as -- as using that card, nobody can identify you as you're the one that used the phone that used that app; is that a fair statement?

A.   Yes, sir.

MR. CERTO:  No further questions, Your Honor.

THE COURT:  All right.  Thank you, Mr. Certo.

Mr. Tabacchi, redirect?

MR. TABACCHI:  May I have a moment, Your Honor?

(Brief pause.)

MR. TABACCHI:  Thank you, Your Honor.

REDIRECT EXAMINATION

BY MR. TABACCHI:

Q.   Special Agent, I want to dig a little bit more into CashApp, if we can.  Mr. Certo was asking you about how that

works, whether you have to be in person.

Is there an application on most people's phone that they use to conduct these transactions?

A.    Yes, there is.

Q.    Through your review of Mr. Villalobos' phone, did it appear that he had downloaded CashApp onto his device?

A.    Yes, he did.

Q.    Were there on his phone CashApp logins, from what you saw, from his two sons and his girlfriend?

MR. CERTO:  Object.

THE COURT:  Your basis?

MR. CERTO:  The question was from what he saw.  I don't know what world of information that comes from.  I don't know if he saw, you know, five percent or -- or -- or a larger amount.  Just because he doesn't see it, that would not tell us that it's true or not true.

THE COURT:  I'll sustain.  Rephrase, if you would.

MR. TABACCHI:  Yes, Your Honor.

BY MR. TABACCHI:

Q.    In your review of the device, did you determine whether or not Mr. Villalobos had CashApp on his phone?

A.    Yes, I did.

Q.    In reviewing the phone, was there any indication that Mr. Villalobos had logged into someone else's CashApp account?

A.   There was no indication that he had logged into other people's CashApp account.

THE COURT:  Agent, I am going to ask you to keep your voice up just a tad, if you would.

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Thank you.

BY MR. CERTO:

Q.   Additionally, in reviewing Mr. Villalobos' phone and text messages that he had with his customers, did he ever direct them to send transactions to either his children or to his girlfriend via CashApp?

A.   Yes, he did.

Q.   And in reviewing the records for those accounts, whose personal -- let me rephrase the question.

In reviewing the information associated with the accounts of Mr. Villalobos' two children and his girlfriend, whose personal identifying information was associated with those accounts?

A.   On those three accounts, one was associated and had personal information for Juliana Heredia, one was associated and had personal information for Matt Villalobos, and one was associated and had personal information for Jason Villalobos.

MR. TABACCHI:  Thank you, Your Honor.  No further questions.

THE COURT: All right. Thank you.

Mr. Certo?

(Off-the-record discussion had between Mr. Certo and Defendant.)

MR. CERTO: No further questions, Your Honor.

THE COURT: All right. You may step down, Agent. Thank you for your time.

THE WITNESS: Yes, Your Honor. Thank you.

THE COURT: Mr. Certo, Mr. Tabacchi has offered certain exhibits.

I'm assuming, sir, that -- that you, Mr. Tabacchi, are referring to Exhibits 1 through 10 or 11 for identification?

MR. TABACCHI: That's correct, Your Honor.

THE COURT: All right. Any objections, Mr. Certo?

MR. CERTO: No objection to the -- to the exhibits as far as they are used. It is certainly not an admission that they are all accurate, but no objection to the exhibits for as they were used.

THE COURT: All right. They may, then, be admitted without objection at this point.

No further witnesses, Mr. Tabacchi?

MR. TABACCHI: That's correct, Your Honor.

THE COURT: All right. Mr. Certo, any witnesses?

MR. CERTO: Not at this time, Your Honor. Thank

you.

THE COURT: All right. Do you wish a transcript of this proceeding?

MR. CERTO: I would, Your Honor. Thank you.

THE COURT: All right. And Mr. Tabacchi?

MR. TABACCHI: Yes, Your Honor.

THE COURT: Caryl, being reasonable for yourself, when do you think you can have this in counsel's hands?

COURT REPORTER: I can have it done in two weeks.

THE COURT: Okay. Two weeks from today is the 19th. About 21 days for Defendant's post-hearing memo after receipt of the transcript.

MR. CERTO: Your Honor, just off the top of my head, 21 days looks like it's right around December 10th. I'm going to have my shoulder replaced December 10th, and I'll probably be out of commission for the remainder of December and then probably first week of January.

THE COURT: I understand, sir. You know your schedule, I do not, but if I would advance that by, let's say, a week to give you 14 days, would that be doable?

MR. CERTO: Well, if -- if just my portion of it is due prior to December 10th, that would work.

THE COURT: All right.

MR. CERTO: I just want to put the Court on notice that I'm going to be incapacitated for a while after that.

THE COURT: No, I understand, and if the schedule works out in such a way that you're not available, your health is -- is paramount. Just let us know.

MR. CERTO: Yeah. I would prefer as close to the 10th as possible given as we have Thanksgiving coming up and my family is coming in that week, so it's going to be a big chunk of that time taken up.

THE COURT: All right. Transcript by close of business the 19th. Defendant's post-hearing memorandum not later than 14 days after the transcript is provided.

Mr. Tabacchi, 14 days following filing of Mr. Certo's memorandum, I would certainly plan on receiving the Government's memorandum at that time.

Is that a satisfactory schedule?

MR. TABACCHI: Yes, Your Honor.

THE COURT: Give me a moment, if you would.

(Brief pause.)

THE COURT: Beth, let me have a sentencing date.

How long do you expect to be in recuperation mode, Mr. Certo, approximately?

MR. CERTO: Probably anytime after the first week of January will be -- would probably work, Your Honor.

THE COURT: That works. Sometime during the second week of January, which I believe to be the week of the 12th, and this is for sentencing.

COURTROOM DEPUTY CLERK:  Thursday, January 15th.

THE COURT:  At 1:45?

COURTROOM DEPUTY CLERK:  Yes, sir.

THE COURT:  Thursday, the 15th, at 1:45.  15th of January.  Mr. Tabacchi?

MR. TABACCHI:  The Government's available, Your Honor.

THE COURT:  All right.  And Ms. McCormick?

MS. MCCORMICK:  Yes, Your Honor.

THE COURT:  And Mr. Certo?

MR. CERTO:  Yes, Your Honor.

THE COURT:  All right.  Mr. Tabacchi, anything further at this time?

MR. TABACCHI:  No, Your Honor.  Thank you.

THE COURT:  You're welcome.

Mr. Certo?

MR. CERTO:  No, Your Honor.  Thank you.

THE COURT:  Would you be good enough to see if your client has any questions he'd like to ask through you?

(Off-the-record discussion had between Mr. Certo and Defendant.)

MR. CERTO:  He does not have any questions, Your Honor.  Thank you.

THE COURT:  All right, sir.  If I don't see you, I wish you nothing but success on your surgery.

MR. CERTO:  Thank you, Your Honor.

THE COURT:  We are in recess.

(Hearing concluded at 3:03 p.m.)

CERTIFICATE OF REPORTER


I, Caryl L. Blevins, Federal Official Realtime Court Reporter, in and for the United States District Court for the Southern District of Ohio, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


s/Caryl L. Blevins_____
**CARYL L. BLEVINS, RPR, CRR**
FEDERAL OFFICIAL REALTIME COURT REPORTER

# $

**$145,000** [1] - 34:5
**$158,000** [1] - 33:23
**$1M** [1] - 32:5
**$2,000** [1] - 26:12
**$20,000** [1] - 25:15
**$270** [1] - 28:19
**$30,000** [1] - 26:10
**$300,000** [2] - 32:10, 33:1
**$6,000** [1] - 26:3
**$7,500** [2] - 28:16, 28:24
**$70,000** [1] - 33:11
**$710,000** [1] - 32:8
**$72,000** [1] - 34:12
**$78,000** [2] - 32:25, 33:1

# 1

**1** [10] - 3:8, 9:1, 9:11, 9:14, 10:1, 10:4, 20:8, 23:7, 40:2, 47:12
**1,200** [1] - 26:12
**10** [9] - 3:21, 5:21, 35:14, 35:17, 35:22, 35:23, 39:14, 41:20, 47:12
**100** [1] - 15:1
**104** [1] - 19:5
**10th** [4] - 48:14, 48:15, 48:22, 49:5
**11** [7] - 3:22, 9:2, 36:7, 36:11, 36:12, 36:13, 47:12
**110** [1] - 1:21
**1200** [1] - 1:22
**12th** [1] - 49:25
**14** [4] - 3:11, 48:20, 49:10, 49:11
**14th** [1] - 12:25
**15.25** [1] - 14:15
**15th** [3] - 50:1, 50:4
**16** [1] - 3:13
**1606** [2] - 20:14, 20:16
**18** [1] - 25:15
**19** [1] - 31:6
**19th** [3] - 18:16, 48:11, 49:9
**1:45** [2] - 50:2, 50:4
**1:49** [1] - 4:2
**1st** [1] - 20:12

# 2

**2** [10] - 3:10, 14:4, 14:7, 14:8, 14:9, 21:20, 22:6, 22:9, 22:11, 22:12
**2.......................** [1] - 3:15
**200** [2] - 1:16, 2:5
**2021** [1] - 34:1
**2022** [3] - 7:7, 7:13, 33:18
**2024** [16] - 3:16, 7:14, 7:18, 7:19, 9:7, 9:9, 9:19, 12:2, 18:16, 20:12, 20:22, 24:22, 25:3, 25:14, 31:5, 31:6
**2025** [8] - 1:10, 4:1, 9:19, 11:16, 12:25, 33:18, 34:1, 40:19
**21** [3] - 3:15, 48:11, 48:14
**225-2910** [1] - 1:17
**24** [1] - 3:17
**25** [1] - 26:10
**28** [1] - 52:6
**29** [1] - 3:19

# 3

**3** [8] - 3:12, 12:2, 16:24, 17:2, 17:7, 17:19, 18:7, 18:10
**34** [1] - 3:20
**35** [1] - 3:21
**36** [1] - 3:23
**39** [1] - 3:4
**3:03** [1] - 51:3
**3:25-cr-27** [1] - 1:5

# 4

**4** [7] - 3:12, 16:24, 17:2, 19:15, 19:19, 19:22, 19:23
**4.01** [1] - 14:15
**4/19/2024** [1] - 30:25
**44** [1] - 3:5
**45402** [2] - 1:22, 2:6
**45403** [1] - 1:17

# 5

**5** [12] - 1:10, 3:2, 3:3, 3:12, 4:1, 16:24, 17:3, 21:6, 21:9, 21:10, 23:4, 23:6
**5,000** [1] - 8:5
**512-1511** [1] - 2:6
**59** [1] - 23:17

# 6

**6** [12] - 3:12, 3:14, 16:24, 17:3, 21:19, 21:22, 21:25, 22:2, 22:4, 22:23, 22:24, 23:4
**60** [1] - 23:17
**602** [1] - 1:16
**608-9460** [1] - 1:23
**670-6594** [2] - 20:1, 21:12
**69** [2] - 23:12, 23:13

# 7

**7** [8] - 3:16, 22:23, 23:1, 23:2, 24:22, 24:25, 25:1, 25:2
**7.02** [1] - 14:14
**753** [1] - 52:6

# 8

**8** [5] - 3:18, 29:20, 29:23, 30:2, 30:7
**803** [2] - 20:1, 21:12

# 9

**9** [5] - 3:9, 3:20, 34:23, 35:2, 41:20
**937** [3] - 1:17, 1:23, 2:6
**95** [1] - 15:1
**99** [1] - 8:10

# A

**a.m** [1] - 18:23
**able** [3] - 15:12, 28:2, 40:12
**above-entitled** [1] - 52:9
**academy** [1] - 6:12
**access** [1] - 41:5
**account** [30] - 27:11, 27:12, 27:22, 28:2, 28:4, 28:5, 28:8, 28:17, 30:20, 31:9, 31:12, 31:21, 31:24, 32:6, 32:7, 32:9, 32:13, 33:10, 33:17, 33:22, 33:25, 34:4, 34:11, 42:2, 42:17, 44:7, 45:25, 46:2
**accountholder** [2] - 31:8, 31:12
**accounts** [11] - 27:10, 27:24, 28:23, 34:13, 42:23, 43:16, 43:17, 46:13, 46:16, 46:18, 46:19
**accumulated** [1] - 28:4
**accurate** [1] - 47:18
**achieve** [1] - 5:23
**active** [2] - 33:17, 33:25
**activities** [1] - 37:13
**activity** [1] - 13:5
**actual** [1] - 40:15
**add** [1] - 16:17
**addition** [2] - 33:1, 38:17
**additional** [4] - 9:8, 15:18, 32:22, 33:11
**additionally** [5] - 11:11, 11:14, 15:24, 16:16, 46:8
**address** [5] - 17:14, 20:18, 20:20, 22:12
**addresses** [2] - 16:16, 21:17
**admission** [1] - 47:17
**admitted** [4] - 11:23, 14:19, 40:6, 47:21
**advance** [1] - 48:19
**advise** [2] - 8:3, 25:10
**advised** [1] - 7:11
**afternoon** [1] - 4:4
**age** [1] - 5:7
**agencies** [1] - 6:8
**agency** [1] - 7:1
**agent** [2] - 39:21, 46:3
**Agent** [11] - 4:19, 5:12, 5:14, 9:1, 9:7, 10:6, 18:9, 28:22, 40:1, 44:24, 47:6
**agents** [3] - 11:23, 19:8, 41:12
**agents'** [1] - 6:8
**agreement** [1] - 40:6
**ahead** [5] - 10:2, 19:18, 21:24, 30:6, 42:10
**Air** [3] - 18:19, 18:23
**alleged** [1] - 7:12
**Allen** [1] - 19:6
**allowed** [1] - 6:5
**allowing** [1] - 41:4
**America** [2] - 4:5, 26:24
**AMERICA** [1] - 1:3
**amount** [8] - 10:12, 18:24, 28:18, 29:7, 29:10, 30:12, 45:15
**amounts** [5] - 9:20, 14:9, 14:13, 42:25, 43:3
**analysis** [1] - 30:2
**Angeles** [4] - 7:24, 11:15, 12:10, 38:15
**answered** [1] - 41:17
**anytime** [1] - 49:21
**apologize** [2] - 23:4, 27:17
**app** [1] - 44:13
**appear** [3] - 16:4, 32:12, 45:6
**APPEARANCES** [1] - 1:11
**application** [5] - 27:8, 41:10, 42:3, 42:16, 45:2
**apply** [1] - 31:9
**appreciate** [1] - 18:2
**appreciation** [1] - 6:22
**apps** [1] - 27:6
**April** [5] - 11:16, 20:12, 20:22, 31:6, 40:19
**area** [5] - 11:15, 12:10, 19:9, 25:12, 25:24
**arrest** [3] - 11:22, 40:17, 41:5
**arrest/post** [1] - 40:22
**assessment** [1] - 42:19
**Assistant** [3] - 1:15, 4:9, 41:13
**associated** [8] - 8:23, 19:9, 31:23, 46:15, 46:17, 46:19, 46:20, 46:22
**associates** [4] - 26:19, 34:20, 34:21
**assuming** [1] - 47:11
**Atlanta** [1] - 38:23
**ATM** [5] - 32:22, 32:23, 33:5, 33:8, 35:11
**attached** [1] - 44:6
**attachment** [3] - 44:9, 44:10
**attention** [2] - 7:17, 12:24
**ATTORNEY** [1] - 1:13
**Attorney** [1] - 1:15
**Attorney's** [1] - 1:15
**Attorneys** [2] - 4:9, 41:13
**available** [2] - 49:2, 50:6
**aware** [2] - 37:12, 37:19
**Ayala** [1] - 16:22

## B

**Bank** [1] - 26:24
**bank** [2] - 27:10, 28:5
**based** [13] - 13:15, 21:2, 21:14, 24:8, 24:19, 25:10, 32:11, 34:8, 36:21, 38:2, 38:7, 38:11, 38:15
**Basile** [8] - 4:20, 5:12, 5:14, 9:1, 9:7, 10:6, 28:22, 39:21
**BASILE** [1] - 5:6
**BASILE............** [1] - 3:2
**basis** [1] - 45:11
**bear** [1] - 16:7
**become** [3] - 5:25, 7:1, 18:17
**behest** [1] - 24:10
**belief** [1] - 13:16
**belonged** [1] - 15:4
**below** [1] - 20:4
**benefit** [1] - 14:12
**Beth** [4] - 2:2, 9:3, 42:7, 49:18
**between** [10] - 9:18, 15:1, 24:6, 28:11, 30:13, 34:19, 37:11, 42:9, 47:3, 50:20
**big** [1] - 49:6
**birth** [2] - 27:9, 27:25
**bit** [6] - 14:21, 27:6, 27:7, 27:16, 35:18, 44:24
**Blevins** [3] - 2:4, 52:3, 52:14
**BLEVINS** [1] - 52:15
**blue** [2] - 36:18, 36:20
**bottom** [1] - 30:24
**bound** [2] - 10:24, 20:13
**box** [5] - 15:25, 16:1, 16:5, 17:15, 22:12
**boxes** [3] - 24:1, 37:1, 37:2
**break** [1] - 32:1
**Brent** [3] - 1:14, 4:9, 28:21
**brent.tabacchi@ usdoj.gov** [1] - 1:18
**Brief** [3] - 39:5, 44:20, 49:17
**brief** [2] - 39:11, 39:12
**broken** [1] - 44:1
**brown** [1] - 37:7
**Buckley** [1] - 1:21
**Building** [1] - 2:4
**bulk** [1] - 32:12

**business** [1] - 49:9
**BY** [25] - 3:3, 3:4, 3:5, 5:11, 9:6, 9:13, 10:5, 14:6, 17:1, 18:8, 19:20, 22:1, 24:24, 28:9, 29:22, 30:8, 34:25, 35:16, 36:10, 39:20, 42:14, 43:14, 44:23, 45:19, 46:7

## C

**California** [2] - 7:24, 8:18
**Cam** [2] - 4:19, 28:22
**cameras** [1] - 12:13
**CAMERON** [2] - 3:2, 5:6
**Cameron** [1] - 5:14
**cannot** [1] - 16:22
**cap** [1] - 28:10
**capacity** [1] - 16:1
**card** [14] - 28:7, 33:7, 33:8, 33:9, 33:14, 41:24, 42:5, 42:15, 43:19, 44:1, 44:2, 44:12
**cards** [1] - 42:2
**Carolina** [3] - 11:2, 20:14, 38:24
**carried** [2] - 12:17, 12:21
**Caryl** [4] - 2:4, 27:19, 48:7, 52:3
**CARYL** [1] - 52:15
**caryl_blevins@ohsd .uscourts.gov** [1] - 2:7
**case** [7] - 11:9, 16:11, 25:25, 26:23, 29:6, 29:11, 40:7
**Case** [1] - 4:5
**CASE** [1] - 1:5
**cases** [8] - 14:24, 23:23, 26:22, 27:14, 27:23, 27:24, 32:19
**CashApp** [46] - 3:18, 3:20, 3:21, 26:22, 26:24, 27:7, 27:8, 28:3, 28:7, 28:8, 28:10, 28:16, 28:23, 29:15, 29:20, 30:2, 30:23, 31:4, 31:11, 32:24, 33:5, 33:6, 33:11, 33:14, 33:17, 33:25, 34:4, 34:11, 34:13, 34:23, 35:13, 35:14, 35:18, 36:5, 36:17, 41:23, 42:2, 42:20, 43:25, 44:25,

45:6, 45:8, 45:21, 45:24, 46:2, 46:11
**CashApps** [2] - 41:20, 43:23
**category** [1] - 44:3
**caught** [2] - 7:17, 12:13
**cautioned** [1] - 5:8
**cell** [4] - 3:12, 15:10, 15:12, 16:24
**cellular** [5] - 15:4, 15:7, 36:2, 37:10, 38:2
**center** [1] - 7:24
**certain** [3] - 23:20, 28:11, 47:10
**certainly** [2] - 47:17, 49:12
**CERTIFICATE** [1] - 52:1
**certified** [1] - 5:8
**certify** [1] - 52:5
**CERTO** [25] - 18:1, 39:12, 39:18, 39:20, 42:11, 42:13, 42:14, 43:14, 44:16, 45:10, 45:12, 46:7, 47:5, 47:16, 47:25, 48:4, 48:13, 48:21, 48:24, 49:4, 49:21, 50:11, 50:17, 50:22, 51:1
**Certo** [16] - 1:20, 4:7, 17:22, 39:10, 39:17, 44:17, 44:25, 47:2, 47:3, 47:9, 47:15, 47:24, 49:20, 50:10, 50:16, 50:20
**Certo's** [1] - 49:12
**CERTO:..................... ..........** [1] - 3:4
**certo@buckleyking. com** [1] - 1:23
**chance** [1] - 17:24
**characterize** [3] - 24:9, 24:13, 24:14
**charged** [1] - 24:17
**charges** [2] - 40:6, 43:20
**Charles** [2] - 2:3, 4:10
**Charleston** [1] - 11:3
**Charlotte** [3] - 11:2, 20:14, 38:23
**chart** [11] - 3:8, 3:10, 9:11, 9:15, 9:25, 10:20, 14:4, 25:2, 26:4, 26:5, 35:4
**chief** [1] - 5:24
**children** [2] - 46:10, 46:16
**chunk** [1] - 49:7

**circumstances** [1] - 23:25
**cities** [3] - 10:25, 11:1, 38:25
**city** [1] - 10:18
**clerk** [1] - 8:25
**Clerk** [3] - 2:2, 2:2, 42:9
**CLERK** [3] - 9:4, 50:1, 50:3
**client** [1] - 50:19
**close** [3] - 26:19, 49:4, 49:8
**closeup** [1] - 20:8
**coast** [2] - 25:19, 25:23
**Cobb** [2] - 34:21
**cocaine** [6] - 14:15, 24:4, 25:3, 25:11, 25:14, 26:1
**coconspirator** [1] - 7:8
**coconspirators** [8] - 16:14, 24:7, 24:15, 32:14, 32:18, 35:5, 35:6, 35:24
**Code** [1] - 52:6
**coffee** [1] - 37:5
**collect** [3] - 26:17, 27:1, 27:2
**collected** [1] - 26:21
**Columbus** [2] - 11:1, 39:1
**column** [7] - 10:6, 10:11, 10:12, 10:18, 31:7, 31:14, 31:23
**columns** [1] - 30:9
**comfortable** [1] - 5:1
**coming** [7] - 31:20, 32:7, 32:12, 33:21, 35:23, 49:5, 49:6
**comment** [1] - 14:22
**commission** [1] - 48:16
**communicating** [1] - 36:4
**compile** [1] - 25:5
**compiles** [1] - 25:6
**computer** [1] - 2:9
**con** [1] - 8:20
**concerning** [3] - 7:11, 26:18, 32:2
**conclude** [1] - 23:18
**concluded** [2] - 18:4, 51:3
**conclusion** [2] - 13:16, 13:23
**conclusions** [2] - 15:13, 19:8
**conduct** [2] - 11:19,

45:3
**CONDUCTED** [1] - 3:1
**conducted** [2] - 6:7, 26:17
**Conference** [1] - 52:11
**confirmed** [3] - 10:14, 11:6, 13:23
**conformance** [1] - 52:10
**conservative** [1] - 26:6
**consistent** [1] - 16:19
**consisting** [1] - 31:18
**conspiracy** [2] - 24:13, 38:13
**contain** [2] - 37:1, 37:5
**contained** [5] - 13:20, 14:1, 21:4, 23:10, 23:19
**containing** [3] - 15:14, 18:23, 37:4
**contains** [1] - 14:9
**contents** [7] - 9:15, 9:18, 13:10, 16:12, 16:14, 17:15, 24:1
**controlled** [8] - 9:20, 10:7, 10:11, 10:12, 14:13, 23:10, 23:19, 38:20
**conversation** [7] - 19:24, 20:1, 21:11, 36:14, 36:16, 36:18, 42:8
**conversations** [5] - 15:20, 16:6, 16:7, 37:11, 37:15
**cooperating** [1] - 6:16
**copies** [1] - 41:16
**corner** [2] - 18:10, 18:11
**correct** [19] - 20:20, 28:25, 40:10, 40:23, 41:1, 41:6, 41:7, 41:10, 41:11, 41:13, 41:14, 41:18, 41:19, 42:18, 42:24, 42:25, 47:14, 47:23, 52:7
**correctly** [1] - 31:5
**correspond** [1] - 44:5
**corresponds** [1] - 30:25
**cost** [2] - 25:14, 29:13
**counsel** [1] - 4:7
**counsel's** [1] - 48:8
**country** [1] - 38:16
**couple** [1] - 40:1
**course** [3] - 9:7, 14:10, 26:16

**COURT** [59] - 1:1, 4:4, 4:21, 5:1, 5:3, 9:3, 10:2, 17:20, 18:4, 19:18, 21:24, 27:15, 27:18, 27:20, 30:6, 39:4, 39:9, 39:14, 39:17, 42:7, 42:10, 42:12, 43:5, 43:8, 43:10, 43:13, 44:17, 45:11, 45:17, 46:3, 46:6, 47:1, 47:6, 47:9, 47:15, 47:20, 47:24, 48:2, 48:5, 48:7, 48:9, 48:10, 48:18, 48:23, 49:1, 49:8, 49:16, 49:18, 49:23, 50:2, 50:4, 50:8, 50:10, 50:12, 50:15, 50:18, 50:24, 51:2, 52:15
**court** [2] - 4:3, 4:6
**Court** [13] - 2:4, 5:13, 7:4, 8:3, 11:5, 14:12, 19:21, 25:10, 38:11, 42:9, 48:24, 52:3, 52:4
**Court's** [1] - 8:25
**Courthouse** [1] - 2:5
**courtroom** [5] - 10:4, 18:7, 19:19, 21:25, 30:7
**COURTROOM** [3] - 9:4, 50:1, 50:3
**Courtroom** [2] - 2:2, 42:9
**cover** [1] - 29:13
**CR3-25-27(1** [1] - 4:5
**create** [1] - 29:1
**credit** [4] - 28:7, 33:7, 41:24, 43:19
**cross** [1] - 39:17
**CROSS** [1] - 39:19
**CROSS-EXAMINATION** [1] - 39:19
**CRR** [2] - 2:4, 52:15
**customer** [3] - 15:23, 15:24, 25:24
**customers** [3] - 34:15, 36:4, 46:9
**Cuz** [4] - 3:23, 36:8, 36:15, 36:16

### D

**Daniel** [1] - 2:2
**data** [5] - 25:8, 30:13, 31:12, 31:13, 31:17
**date** [24] - 10:6, 10:7, 10:9, 18:11, 18:12, 18:13, 18:15, 20:10, 20:11, 20:12, 27:9, 30:10, 30:11, 30:12, 30:15, 30:21, 30:24, 31:3, 31:9, 31:18, 32:6, 49:18
**DATE** [1] - 1:10
**dates** [3] - 27:25, 30:14, 30:19
**David** [7] - 7:8, 7:10, 19:12, 24:18, 34:20, 35:5
**days** [5] - 48:11, 48:14, 48:20, 49:10, 49:11
**Dayton** [13] - 1:17, 1:22, 2:6, 7:20, 11:1, 19:9, 25:12, 25:18, 25:19, 25:22, 25:23, 25:24, 39:1
**DEA** [19] - 3:16, 4:19, 5:14, 5:15, 5:17, 5:20, 5:25, 6:9, 6:12, 6:13, 6:25, 7:17, 7:19, 10:15, 24:22, 25:5, 25:6, 26:16, 29:6
**DEA's** [2] - 25:2, 25:10
**dealing** [1] - 16:8
**debit** [2] - 28:7, 33:7
**debriefed** [1] - 6:16
**December** [4] - 48:14, 48:15, 48:17, 48:22
**DEFENDANT** [3] - 43:9, 43:12, 46:5
**Defendant** [6] - 1:7, 1:19, 4:6, 34:9, 47:4, 50:21
**Defendant's** [2] - 48:11, 49:9
**defendants** [1] - 6:16
**definitive** [1] - 38:12
**delivered** [2] - 16:3, 18:25
**deliveries** [1] - 12:14
**delivery** [6] - 12:6, 12:13, 12:24, 18:13, 18:14, 20:5
**demonstrate** [1] - 43:22
**depicted** [2] - 21:8, 22:7
**depicts** [1] - 36:14
**deputy** [1] - 8:25
**Deputy** [2] - 2:2, 42:9
**DEPUTY** [3] - 9:4, 50:1, 50:3
**describe** [2] - 19:21, 35:21
**described** [1] - 22:22

**description** [6] - 8:17, 13:10, 16:12, 16:14, 17:14, 26:13
**destination** [5] - 9:21, 10:7, 10:17, 19:2, 19:4
**destinations** [2] - 10:23, 10:25
**destined** [1] - 10:19
**detail** [5] - 10:20, 11:5, 17:12, 32:2, 41:1
**details** [10] - 13:8, 15:22, 16:13, 17:10, 17:12, 20:2, 21:13, 21:18, 23:21, 37:17
**detection** [1] - 22:21
**determine** [2] - 31:8, 45:20
**developed** [1] - 6:21
**device** [2] - 45:6, 45:20
**diagram** [1] - 35:4
**different** [2] - 12:12, 35:18
**dig** [1] - 44:24
**DIRECT** [1] - 5:10
**direct** [3] - 44:3, 44:5, 46:10
**directing** [1] - 36:4
**directs** [1] - 36:16
**discuss** [1] - 21:8
**discussed** [2] - 29:5, 34:6
**discussing** [2] - 25:25, 31:9
**discussion** [2] - 47:3, 50:20
**displayed** [5] - 10:4, 18:7, 19:19, 21:25, 30:7
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 52:4, 52:5
**DIVISION** [1] - 1:2
**doable** [1] - 48:20
**document** [1] - 13:14
**DOMINIC** [1] - 1:13
**done** [1] - 48:9
**down** [5] - 27:16, 32:1, 33:16, 44:1, 47:6
**download** [1] - 27:8
**downloaded** [1] - 45:6
**draw** [1] - 12:24
**Drive** [1] - 19:5
**driver's** [1] - 8:18
**drop** [2] - 12:6, 37:24
**drop-off** [1] - 12:6
**dropped** [1] - 18:12
**dropping** [3] - 8:17, 11:10, 12:9
**drug** [22] - 3:9, 3:10,

3:17, 6:1, 6:6, 6:9, 6:22, 9:11, 14:4, 14:23, 18:17, 18:22, 22:18, 23:2, 24:9, 24:13, 24:22, 25:3, 29:2, 37:12, 38:8, 38:13
**drug-trafficking** [1] - 37:12
**drugs** [29] - 7:9, 8:1, 8:7, 14:10, 15:14, 16:2, 18:23, 21:4, 21:17, 23:23, 24:4, 24:10, 24:15, 29:6, 29:7, 29:10, 29:14, 32:15, 32:20, 35:24, 37:2, 37:4, 37:9, 37:24, 37:25, 38:4, 38:15, 38:16, 40:20
**dryer** [1] - 37:6
**duct** [1] - 37:7
**due** [3] - 12:19, 18:23, 48:22
**duly** [1] - 5:7
**during** [11] - 6:4, 6:13, 7:14, 9:7, 11:15, 11:18, 11:22, 15:3, 20:19, 32:6, 49:23

### E

**Early** [1] - 18:23
**early** [1] - 7:14
**effectively** [1] - 38:14
**either** [3] - 15:15, 18:2, 46:10
**Elizabeth** [2] - 1:14, 4:10
**elizabeth.mccormick@usdoj.gov** [1] - 1:18
**emails** [1] - 44:6
**enforcement** [39] - 5:18, 6:8, 7:5, 7:7, 7:11, 8:7, 8:11, 8:13, 8:14, 8:16, 8:19, 9:8, 10:10, 10:21, 11:6, 11:7, 11:11, 11:14, 11:18, 12:5, 12:8, 13:1, 13:4, 13:6, 13:17, 14:14, 15:3, 15:6, 15:15, 19:13, 20:15, 22:21, 22:22, 23:11, 25:7, 26:17, 27:1, 37:18, 40:20
**enforcement's** [1] - 7:15
**Englewood** [1] - 19:5
**entitled** [2] - 31:14, 52:9

**Ernesto** [27] - 4:6, 7:2, 7:23, 8:17, 8:21, 8:23, 9:19, 11:23, 12:18, 15:21, 16:11, 17:7, 17:10, 19:23, 20:2, 22:5, 30:3, 32:15, 33:13, 33:19, 34:2, 34:3, 34:16, 35:8, 35:24, 36:13, 40:18
**ERNESTO** [1] - 1:6
**Esha** [5] - 3:15, 21:20, 22:6, 22:11, 22:12
**Esq** [3] - 1:14, 1:14, 1:20
**essentially** [1] - 41:24
**estimate** [1] - 23:16
**estimated** [3] - 3:16, 24:22, 25:3
**EXAMINATION** [3] - 5:10, 39:19, 44:22
**EXAMINATIONS** [1] - 3:1
**examined** [1] - 5:8
**execute** [2] - 11:14, 15:6
**executing** [1] - 7:20
**exhibit** [3] - 17:23, 20:7, 29:5
**Exhibit** [57] - 3:8, 3:10, 3:14, 3:16, 3:18, 3:20, 3:21, 3:22, 9:11, 9:14, 10:1, 10:4, 14:4, 14:7, 14:8, 14:9, 17:7, 17:19, 18:7, 18:10, 19:15, 19:19, 19:22, 19:23, 21:6, 21:9, 21:10, 21:19, 21:22, 21:25, 22:2, 22:4, 22:24, 23:1, 23:2, 23:4, 23:6, 23:7, 24:22, 24:25, 25:1, 25:2, 29:20, 29:23, 30:2, 30:7, 34:23, 35:2, 35:14, 35:17, 35:22, 35:23, 36:7, 36:11, 36:12, 36:13, 40:2
**Exhibits** [7] - 3:12, 9:1, 16:24, 17:2, 22:23, 41:20, 47:12
**EXHIBITS** [1] - 3:7
**exhibits** [5] - 17:4, 39:7, 47:10, 47:16, 47:18
**expect** [1] - 49:19
**expected** [1] - 18:13
**experience** [5] - 5:18, 6:5, 13:15, 21:2,

22:18
**experiences** [1] - 6:21
**explain** [4] - 27:7, 28:14, 33:3, 33:5

**F**

**facilitate** [1] - 38:8
**fact** [1] - 43:15
**fair** [7] - 24:9, 26:5, 26:8, 40:7, 40:16, 42:19, 44:13
**fairly** [2] - 16:19, 26:6
**false** [3] - 16:18, 16:20, 22:19
**fam** [1] - 20:5
**familiar** [3] - 6:1, 7:1, 18:18
**family** [6] - 26:18, 27:1, 29:18, 36:5, 38:8, 49:6
**far** [3] - 28:6, 40:6, 47:17
**FBI** [4] - 7:1, 7:18, 19:7, 26:17
**FBI's** [1] - 29:15
**February** [2] - 18:16, 33:18
**federal** [5] - 7:5, 7:6, 7:11, 7:20, 11:23
**FEDERAL** [1] - 52:15
**Federal** [2] - 2:4, 52:3
**fellow** [1] - 19:8
**fentanyl** [4] - 14:15, 24:4, 25:4, 26:9
**few** [1] - 13:12
**fictitious** [2] - 22:11, 22:14
**figures** [1] - 26:5
**file** [1] - 4:15
**filing** [1] - 49:11
**finally** [3] - 21:22, 31:14, 34:6
**financial** [6] - 26:17, 26:21, 27:2, 28:10, 32:11, 33:9
**first** [8] - 5:7, 5:13, 7:5, 30:9, 30:10, 32:23, 48:17, 49:21
**five** [4] - 8:5, 13:21, 26:3, 45:14
**Florida** [1] - 38:24
**flow** [4] - 34:23, 35:4, 35:14, 35:18
**flow.** [1] - 3:21
**flow..** [1] - 3:20
**flows** [1] - 42:20
**focus** [2] - 12:1, 14:21
**following** [1] - 49:11
**follows** [2] - 5:9, 27:21

**footage** [5] - 8:14, 8:16, 11:7, 12:6, 12:8
**FOR** [1] - 1:1
**foregoing** [1] - 52:7
**format** [1] - 52:9
**forth** [1] - 24:6
**fourth** [1] - 31:23
**frame** [3] - 33:17, 33:24, 34:7
**friends** [1] - 29:18
**front** [1] - 40:2
**full** [1] - 41:4
**funds** [1] - 34:18
**furtherance** [1] - 30:21
**furthermore** [1] - 8:19

**G**

**gain** [1] - 6:5
**general** [2] - 14:22, 17:4
**generally** [2] - 6:1, 21:8
**Georgia** [1] - 38:23
**GERACE** [1] - 1:13
**gift** [3] - 13:11, 16:12, 24:1
**gifts** [2] - 16:13, 24:1
**girlfriend** [8] - 17:8, 27:3, 34:9, 37:11, 37:19, 45:9, 46:11, 46:16
**given** [1] - 49:5
**God** [1] - 4:24
**goods** [2] - 28:8, 33:14
**Government** [37] - 3:10, 4:8, 4:13, 9:14, 14:4, 14:7, 14:8, 14:9, 17:7, 17:18, 19:15, 21:6, 21:8, 21:10, 21:22, 22:2, 22:4, 22:24, 23:1, 23:2, 23:4, 23:5, 23:7, 24:25, 25:1, 25:2, 29:5, 29:23, 30:2, 35:2, 35:17, 35:21, 35:23, 36:11, 36:12, 39:7, 40:2
**Government's** [21] - 3:8, 3:12, 3:14, 3:16, 3:18, 3:20, 3:21, 3:22, 9:1, 9:11, 16:24, 17:2, 21:19, 22:23, 24:22, 29:20, 34:23, 35:14, 36:7, 49:13, 50:6
**grams** [1] - 8:5

**gray** [1] - 36:19
**great** [1] - 40:25
**greater** [2] - 29:7, 29:8
**green** [1] - 12:3
**grounds** [1] - 37:6
**Gullatte** [7] - 7:8, 7:10, 19:12, 24:18, 34:20, 35:5
**Gullatte's** [1] - 7:12

**H**

**hand** [3] - 4:22, 18:9, 18:11
**hands** [1] - 48:8
**Hawfield** [2] - 20:14, 20:16
**head** [1] - 48:14
**health** [1] - 49:3
**hear** [4] - 42:1, 43:6, 43:8, 43:10
**heard** [1] - 27:18
**hearing** [4] - 4:12, 4:15, 48:11, 49:9
**Hearing** [1] - 51:3
**heavier** [1] - 13:13
**held** [1] - 52:8
**help** [2] - 4:23, 32:1
**helpful** [2] - 39:11, 39:12
**hereby** [1] - 52:5
**Heredia** [10] - 30:4, 30:25, 34:6, 34:9, 34:14, 35:7, 36:1, 36:17, 42:22, 46:20
**Heredia's** [1] - 31:4
**herein** [1] - 5:7
**hereinafter** [1] - 5:8
**hide** [1] - 22:20
**highlighted** [2] - 12:3, 12:25
**home** [1] - 15:3
**Honor** [40] - 4:18, 5:4, 8:24, 9:25, 17:19, 18:1, 18:6, 19:16, 21:23, 27:20, 30:5, 39:3, 39:6, 39:13, 39:18, 42:11, 43:7, 44:16, 44:19, 44:21, 45:18, 46:5, 46:24, 47:5, 47:8, 47:14, 47:23, 47:25, 48:4, 48:6, 48:13, 49:15, 49:22, 50:7, 50:9, 50:11, 50:14, 50:17, 50:23, 51:1
**HONORABLE** [1] - 1:9
**hour** [1] - 41:15
**house** [2] - 16:3, 37:23

**Houston** [1] - 38:25
**Huntington** [2] - 11:8, 11:25

**I**

**identification** [10] - 9:12, 14:5, 16:25, 21:21, 24:23, 29:21, 34:24, 35:15, 36:9, 47:13
**identified** [8] - 7:7, 7:22, 8:11, 8:16, 8:20, 8:22, 11:12, 13:6
**identify** [2] - 44:11, 44:12
**identifying** [1] - 46:17
**illegal** [3] - 29:7, 29:13, 32:14
**illicit** [9] - 7:9, 21:4, 21:17, 24:15, 35:24, 37:2, 37:4, 37:8, 38:15
**illustrates** [1] - 35:4
**IN** [1] - 1:1
**incapacitated** [1] - 48:25
**include** [12] - 6:9, 10:25, 11:1, 11:2, 13:8, 14:17, 17:13, 26:24, 37:1, 37:3, 37:5
**included** [1] - 31:4
**includes** [1] - 11:3
**including** [3] - 23:13, 24:17, 37:7
**incoming** [1] - 34:15
**indicate** [1] - 17:12
**indicated** [2] - 8:11, 11:4
**indicates** [3] - 10:12, 30:12, 37:19
**indicating** [1] - 37:17
**indication** [3] - 36:3, 45:23, 46:1
**indicators** [1] - 29:16
**individual** [12] - 7:1, 8:15, 8:16, 11:10, 25:17, 29:9, 29:12, 30:13, 30:22, 31:10, 33:7, 37:23
**individuals** [3] - 28:11, 30:16, 34:19
**informants** [1] - 6:17
**information** [22] - 13:9, 14:12, 15:17, 22:14, 23:22, 25:5, 25:6, 25:10, 27:2, 27:13, 27:23, 28:1,

29:16, 32:2, 40:9, 41:16, 45:13, 46:15, 46:17, 46:20, 46:21, 46:22
**insert** [1] - 33:8
**inside** [4] - 7:21, 10:13, 11:7, 37:4
**instances** [11] - 23:20, 24:2, 26:2, 30:19, 30:20, 33:13, 35:11, 35:12, 37:16, 37:22, 37:24
**instead** [1] - 43:24
**institution** [1] - 33:9
**intended** [1] - 19:5
**intercept** [9] - 9:8, 13:17, 19:13, 20:15, 20:16, 22:22, 22:24, 23:11, 40:13
**intercepted** [8] - 3:9, 7:19, 7:25, 9:11, 13:13, 20:25, 23:8, 23:13
**intercepts** [1] - 6:19
**interdiction** [1] - 18:17
**interview** [6] - 11:19, 11:22, 13:23, 38:3, 40:17, 41:5
**interviews** [1] - 25:7
**introduce** [1] - 5:12
**investigation** [10] - 7:22, 8:20, 14:11, 19:7, 21:14, 24:19, 26:16, 28:15, 30:22, 38:11
**investigations** [3] - 6:7, 6:9, 25:8
**involving** [1] - 29:17
**issue** [1] - 29:4
**issues** [1] - 29:1
**items** [1] - 32:22
**itself** [2] - 4:13, 12:21

**J**

**January** [10] - 7:19, 7:25, 9:9, 9:18, 31:5, 48:17, 49:22, 49:24, 50:1, 50:5
**Jason** [9] - 27:4, 30:3, 33:24, 34:14, 35:7, 35:25, 42:21, 43:23, 46:22
**joining** [1] - 5:20
**Jr** [1] - 1:20
**Judicial** [1] - 52:10
**Juliana** [10] - 30:4, 30:25, 34:9, 34:14, 35:7, 36:1, 36:17,

42:21, 43:23, 46:20
**Julie** [3] - 17:9, 17:11, 27:3

## K

**keep** [2] - 39:14, 46:3
**Keshon** [2] - 34:20, 34:21
**kilo** [1] - 25:14
**kilogram** [6] - 25:3, 25:4, 25:11, 25:25, 29:6, 29:8
**kilograms** [5] - 8:5, 13:21, 14:14, 14:15
**kind** [2] - 7:25, 37:15
**King** [1] - 1:21
**knowingly** [1] - 38:8
**knowledge** [1] - 40:15
**known** [3] - 16:8, 34:15, 36:15

## L

**labeled** [2] - 13:11, 16:12
**laboratory** [1] - 10:15
**large** [1] - 29:10
**larger** [2] - 30:16, 45:15
**last** [2] - 5:13, 27:18
**late** [1] - 20:22
**law** [41] - 5:18, 6:8, 7:5, 7:6, 7:11, 7:15, 8:7, 8:11, 8:13, 8:14, 8:16, 8:19, 9:8, 10:9, 10:20, 11:6, 11:7, 11:11, 11:14, 11:18, 12:5, 12:8, 12:25, 13:1, 13:4, 13:6, 13:17, 14:14, 15:3, 15:6, 15:14, 19:13, 20:15, 22:21, 22:22, 23:11, 25:7, 26:17, 27:1, 37:17, 40:19
**Law** [1] - 2:2
**lawful** [1] - 5:7
**layman's** [1] - 31:20
**learned** [2] - 22:18, 28:15
**led** [2] - 15:18, 23:18
**less** [3] - 26:2, 26:3, 28:18
**license** [1] - 8:18
**limit** [3] - 28:10, 28:16, 29:12
**limitation** [1] - 29:1
**line** [3] - 32:22, 33:16, 44:2
**link** [1] - 27:9

**linked** [1] - 13:5
**listed** [5] - 9:21, 14:17, 23:25, 26:3, 30:14
**listened** [1] - 6:19
**lists** [4] - 9:20, 25:2, 29:6, 31:12
**located** [1] - 10:13
**location** [1] - 19:2
**locations** [2] - 38:17, 38:19
**logged** [2] - 45:24, 46:1
**logins** [1] - 45:8
**look** [17] - 4:17, 9:14, 14:7, 17:2, 19:15, 20:7, 20:10, 21:6, 22:2, 22:7, 24:25, 29:23, 33:16, 35:1, 35:17, 36:11, 43:25
**looking** [6] - 12:2, 18:10, 19:22, 30:23, 33:24, 36:2
**looks** [1] - 48:14
**Los** [4] - 7:24, 11:15, 12:10, 38:15
**Luddite** [1] - 27:6
**lunchboxes** [1] - 37:3

## M

**ma'am** [2] - 9:5, 27:17
**mail** [3] - 6:11, 11:24, 37:3
**mails** [1] - 38:5
**Main** [1] - 1:21
**manner** [1] - 6:1
**March** [5] - 9:19, 12:25, 33:18, 34:1
**Martio** [1] - 16:22
**matched** [2] - 8:17, 11:13
**Matt** [11] - 27:4, 30:3, 33:16, 33:20, 33:22, 34:14, 35:7, 35:25, 42:21, 43:23, 46:21
**matter** [1] - 52:9
**max** [1] - 28:22
**maxing** [1] - 29:12
**MCCORMICK** [1] - 50:9
**McCormick** [3] - 1:14, 4:10, 50:8
**mean** [1] - 28:20
**meaning** [1] - 14:2
**mechanical** [1] - 2:8
**meeting** [3] - 39:21, 40:22, 41:8
**members** [3] - 27:1, 36:5, 38:8
**memo** [1] - 48:11

**memoranda** [1] - 4:16
**memorandum** [3] - 49:9, 49:12, 49:13
**mention** [1] - 40:21
**message** [5] - 3:14, 3:22, 15:20, 21:19, 36:7
**messages** [3] - 20:3, 25:9, 46:9
**methamphetamine** [13] - 8:2, 8:4, 8:6, 13:21, 14:3, 14:16, 14:17, 14:21, 14:24, 14:25, 21:5, 25:4, 26:11
**methods** [3] - 6:11, 36:21, 37:6
**middle** [3] - 22:3, 22:4, 31:7
**might** [1] - 36:23
**Millwood** [1] - 19:5
**minute** [1] - 43:5
**minutes** [1] - 39:15
**Miranda** [5] - 11:19, 11:22, 13:23, 38:3, 40:22
**Miranda/post** [1] - 40:17
**Miss** [2] - 31:4, 34:6
**missed** [1] - 15:15
**mode** [1] - 49:19
**moment** [5] - 17:24, 39:3, 42:7, 44:19, 49:16
**money** [27] - 3:20, 3:21, 28:3, 28:4, 28:5, 28:22, 31:20, 31:21, 32:12, 32:19, 33:10, 33:21, 34:10, 34:23, 35:5, 35:7, 35:8, 35:9, 35:13, 35:14, 35:23, 35:25, 42:20, 42:23, 43:15
**monitors** [5] - 10:4, 18:7, 19:19, 21:25, 30:7
**most** [3] - 14:24, 29:6, 45:2
**movement** [2] - 11:12, 11:13
**moving** [1] - 39:6
**MR** [68] - 3:3, 3:4, 3:5, 4:18, 5:4, 5:11, 8:24, 9:6, 9:13, 9:24, 10:5, 14:6, 17:1, 17:18, 18:1, 18:6, 18:8, 19:16, 19:20, 21:23, 22:1, 24:24, 28:9, 29:22, 30:5, 30:8, 34:25, 35:16, 36:10,

39:2, 39:6, 39:12, 39:18, 39:20, 42:11, 42:13, 42:14, 43:7, 43:14, 44:16, 44:19, 44:21, 44:23, 45:10, 45:12, 45:18, 45:19, 46:7, 46:24, 47:5, 47:14, 47:16, 47:23, 47:25, 48:4, 48:6, 48:13, 48:21, 48:24, 49:4, 49:15, 49:21, 50:6, 50:11, 50:14, 50:17, 50:22, 51:1
**MS** [1] - 50:9
**mule** [1] - 24:9
**multiple** [3] - 6:7, 23:22, 29:11

## N

**name** [10] - 5:13, 7:2, 16:18, 16:20, 17:13, 17:14, 22:11, 27:9, 43:19, 43:21
**names** [4] - 16:16, 16:17, 22:19, 27:25
**narcotics** [4] - 6:10, 7:21, 11:24
**nationwide** [1] - 25:6
**nature** [2] - 22:20, 24:3
**Navy** [2] - 5:21, 5:23
**need** [5] - 27:13, 27:15, 27:22, 29:11, 29:12
**negotiating** [2] - 25:22, 25:23
**new** [1] - 40:9
**Next** [3] - 18:19, 18:23
**next** [3] - 16:2, 33:16, 37:21
**nine** [3] - 10:22, 23:8, 23:13
**NO** [1] - 1:5
**nobody** [3] - 44:11, 44:12
**noise** [1] - 42:8
**North** [3] - 11:2, 20:14, 38:24
**note** [1] - 32:24
**nothing** [2] - 4:23, 50:25
**notice** [1] - 48:24
**November** [2] - 1:10, 4:1
**number** [9] - 17:15, 19:25, 20:17, 21:11, 21:15, 27:10, 40:11, 44:9
**numbers** [4] - 8:20,

15:22, 28:1, 44:6

## O

**object** [2] - 17:24, 45:10
**objection** [4] - 17:20, 47:16, 47:18, 47:21
**objections** [3] - 10:2, 18:2, 47:15
**obtain** [3] - 12:5, 12:8, 28:7
**OF** [4] - 1:1, 1:3, 1:8, 52:1
**Off-the-record** [3] - 42:8, 47:3, 50:20
**offer** [2] - 4:14, 17:23
**offered** [1] - 47:9
**Office** [1] - 1:15
**officer** [1] - 5:24
**Officer** [1] - 4:11
**OFFICIAL** [1] - 52:15
**Official** [1] - 52:3
**OHIO** [1] - 1:1
**Ohio** [15] - 1:17, 1:22, 2:6, 7:20, 10:25, 19:5, 25:12, 25:18, 25:19, 25:24, 36:8, 36:15, 36:16, 39:1, 52:5
**Ohio....................** [1] - 3:23
**oil** [1] - 37:6
**olive** [1] - 37:6
**once** [2] - 28:2, 35:9
**one** [18] - 4:13, 12:24, 12:25, 16:21, 17:3, 23:1, 28:23, 29:8, 29:12, 37:21, 38:24, 38:25, 39:3, 43:5, 44:13, 46:19, 46:20, 46:21
**one-week** [1] - 28:23
**online** [3] - 27:5, 33:14, 42:16
**open** [3] - 4:3, 4:6, 30:20
**operate** [3] - 6:2, 6:6, 6:23
**operation** [1] - 38:9
**opinion** [1] - 38:12
**opportunity** [2] - 4:15, 15:9
**originating** [1] - 10:21
**Orlando** [1] - 38:24
**own** [2] - 6:7, 24:20

## P

**p.m** [2] - 4:2, 51:3

**pack** [1] - 23:15
**package** [48] - 7:19, 7:21, 7:23, 7:25, 8:12, 8:15, 9:9, 9:21, 9:22, 10:9, 10:13, 10:19, 11:8, 11:10, 12:6, 12:9, 12:17, 12:21, 13:1, 13:7, 13:12, 13:13, 13:16, 13:20, 15:23, 16:11, 18:12, 18:14, 18:15, 18:24, 19:2, 19:4, 20:3, 20:5, 20:15, 20:16, 20:18, 22:10, 22:13, 22:15, 22:20, 22:25, 24:3, 35:6, 37:4, 37:8, 37:25
**packages** [29] - 9:8, 9:18, 10:15, 10:20, 10:22, 10:24, 11:5, 11:21, 13:8, 14:1, 15:13, 15:19, 16:7, 16:8, 16:19, 17:13, 18:22, 23:5, 23:9, 23:12, 23:15, 23:19, 23:22, 36:22, 37:18, 37:20, 38:18, 38:23, 40:19
**packaging** [1] - 37:7
**packing** [1] - 37:7
**PAGE** [1] - 3:1
**page** [6] - 9:25, 20:7, 20:8, 22:7, 22:9, 52:9
**paid** [1] - 17:16
**panel** [1] - 19:13
**paper** [1] - 30:14
**paramount** [1] - 49:3
**parcel** [11] - 8:4, 14:18, 20:10, 20:13, 20:24, 21:3, 21:4, 22:5, 38:24, 38:25
**parcels** [5] - 9:12, 22:22, 23:8, 38:17, 38:25
**parcels....................** [1] - 3:9
**pardon** [1] - 4:5
**Park** [2] - 11:8, 11:25
**part** [1] - 36:18
**participated** [1] - 6:14
**particular** [7] - 12:9, 12:13, 13:1, 14:22, 20:15, 31:8, 33:9
**particularly** [2] - 22:2, 27:5
**parties** [1] - 4:15
**password** [1] - 41:4
**past** [1] - 41:8
**pause** [4] - 17:24,

39:5, 44:20, 49:17
**paying** [2] - 32:14, 35:24
**payment** [1] - 29:9
**payments** [8] - 29:10, 29:11, 29:13, 31:17, 32:16, 32:18, 36:5, 42:4
**peanuts** [1] - 37:7
**peer** [8] - 24:5, 26:23, 31:19, 42:3
**peer-to-peer** [4] - 24:5, 26:23, 31:19, 42:3
**people** [3] - 16:4, 25:22, 34:18
**people's** [3] - 43:16, 45:2, 46:2
**per** [1] - 25:24
**percent** [3] - 8:10, 15:1, 45:14
**period** [1] - 28:23
**periods** [1] - 28:11
**permission** [6] - 8:25, 10:1, 17:18, 19:16, 21:23, 30:5
**person** [5] - 4:8, 8:12, 25:22, 33:15, 45:1
**personal** [8] - 27:13, 27:22, 28:8, 46:14, 46:17, 46:20, 46:21, 46:22
**Peter** [2] - 1:20, 4:7
**petty** [1] - 5:24
**phone** [38] - 3:13, 8:20, 8:21, 8:22, 11:11, 11:13, 15:10, 15:12, 15:18, 16:8, 16:24, 17:8, 17:11, 19:24, 19:25, 21:11, 21:13, 22:5, 22:10, 23:9, 24:8, 24:12, 25:9, 36:14, 38:19, 40:25, 41:4, 41:5, 41:17, 44:5, 44:13, 45:2, 45:5, 45:8, 45:21, 45:23, 46:8
**phones** [2] - 42:4, 44:6
**photo** [1] - 22:9
**photograph** [1] - 20:8
**photos** [4] - 16:13, 17:9, 21:12, 37:17
**physically** [1] - 42:17
**pictures** [1] - 23:21
**place** [3] - 4:14, 28:10, 28:16
**Plaintiff** [2] - 1:4, 1:12
**plan** [1] - 49:12
**plea** [1] - 40:5

**plethora** [1] - 15:20
**point** [1] - 47:21
**points** [1] - 15:21
**portion** [5] - 22:3, 22:4, 36:20, 41:25, 48:21
**possible** [2] - 18:25, 49:5
**post** [10] - 4:15, 11:19, 11:22, 13:23, 38:3, 40:17, 40:22, 41:5, 48:11, 49:9
**post-arrest** [1] - 41:5
**post-arrest/post-Miranda** [1] - 40:22
**post-hearing** [3] - 4:15, 48:11, 49:9
**post-Miranda** [4] - 11:19, 11:22, 13:23, 38:3
**post-Miranda/post-arrest** [1] - 40:17
**postal** [1] - 13:3
**Postal** [1] - 22:9
**potentially** [1] - 26:3
**pound** [2] - 25:4, 26:11
**pounds** [1] - 13:13
**predominantly** [1] - 42:3
**prefer** [2] - 18:22, 49:4
**prepared** [1] - 39:10
**Present** [1] - 2:1
**present** [4] - 4:8, 4:11, 11:10, 44:2
**PRESENTED** [1] - 3:7
**presented** [9] - 9:12, 14:5, 16:25, 21:20, 24:23, 29:21, 34:24, 35:15, 36:8
**PRESIDING** [1] - 1:9
**presumable** [1] - 32:20
**presumably** [4] - 17:10, 21:5, 24:3, 25:19
**presumed** [1] - 20:4
**pretty** [1] - 40:5
**previous** [2] - 26:13, 29:5
**previously** [3] - 12:20, 16:6, 38:18
**price** [7] - 25:16, 25:17, 25:21, 26:1, 26:6, 26:9, 29:7
**prices** [5] - 23:3, 24:23, 25:3, 26:13, 29:6
**prices........................** [1] - 3:17

**Probation** [2] - 2:3, 4:11
**proceed** [3] - 4:17, 5:3, 39:10
**proceeding** [1] - 48:3
**proceedings** [1] - 52:8
**PROCEEDINGS** [1] - 1:8
**Proceedings** [2] - 2:8, 4:3
**produced** [1] - 2:9
**property** [1] - 19:9
**provide** [2] - 8:25, 11:5
**provided** [1] - 49:10
**providing** [1] - 9:4
**publica** [1] - 21:7
**publication** [1] - 21:7
**publish** [6] - 10:1, 17:18, 17:23, 19:17, 21:23, 30:5
**published** [1] - 17:21
**pur** [1] - 25:13
**purchase** [6] - 25:16, 25:17, 25:25, 26:6, 33:14, 44:3
**purchaser** [1] - 26:14
**purchases** [2] - 28:8, 33:11
**purchasing** [1] - 25:18
**pure** [2] - 8:9, 8:10
**purity** [3] - 8:7, 14:22, 15:1
**purposes** [11] - 9:12, 14:5, 16:25, 21:20, 23:7, 23:18, 24:23, 29:21, 34:24, 35:15, 36:8
**pursuant** [1] - 52:6
**put** [3] - 27:13, 27:22, 48:24

### Q

**questions** [8] - 39:7, 39:25, 41:17, 44:16, 46:25, 47:5, 50:19, 50:22

### R

**radar** [3] - 7:5, 7:6, 7:15
**raise** [1] - 4:21
**Raleigh** [2] - 11:2, 38:24
**range** [7] - 30:10, 30:11, 30:12, 30:24, 31:3, 32:6
**ranges** [4] - 30:15,

30:21, 31:9, 31:18
**rank** [1] - 5:23
**reach** [2] - 15:12, 19:8
**reached** [1] - 35:9
**read** [2] - 27:18, 27:21
**ready** [1] - 20:5
**Realtime** [1] - 52:3
**REALTIME** [1] - 52:15
**reason** [1] - 30:15
**reasonable** [1] - 48:7
**reasons** [1] - 22:21
**receipt** [1] - 48:12
**receive** [1] - 31:11
**received** [5] - 8:14, 11:7, 25:8, 30:13, 32:21
**receiving** [1] - 49:12
**recess** [4] - 39:11, 39:12, 39:15, 51:2
**Recess** [1] - 39:16
**recip** [1] - 19:24
**recipient** [7] - 13:9, 17:13, 17:14, 19:1, 19:6, 20:4, 22:19
**recipients** [7] - 16:17, 23:23, 23:24, 24:4, 35:6, 38:16
**recognize** [3] - 9:14, 17:4, 29:24
**Record** [1] - 27:21
**record** [4] - 17:22, 42:8, 47:3, 50:20
**recorded** [1] - 2:8
**records** [8] - 13:3, 26:17, 26:21, 26:22, 26:23, 32:11, 32:24, 46:13
**recover** [1] - 15:3
**recovered** [1] - 8:4
**recovery** [1] - 12:20
**recuperation** [1] - 49:19
**red** [1] - 12:25
**redirect** [1] - 44:18
**REDIRECT** [1] - 44:22
**reducing** [1] - 18:24
**referring** [1] - 47:12
**reflect** [3] - 26:13, 26:22, 30:11
**regard** [2] - 41:9, 41:20
**region** [1] - 10:16
**regulations** [1] - 52:10
**relate** [1] - 21:16
**relates** [1] - 21:15
**relationship** [4] - 7:12, 33:19, 34:2, 34:7
**remainder** [1] - 48:16
**remember** [1] - 31:5

**repay** [1] - 32:20
**rephrase** [4] - 12:7, 43:18, 45:17, 46:14
**replaced** [1] - 48:15
**reply** [1] - 16:1
**reported** [1] - 52:8
**REPORTER** [5] - 27:15, 27:20, 48:9, 52:1, 52:15
**Reporter** [2] - 2:4, 52:4
**represent** [5] - 10:8, 10:17, 31:16, 32:13, 32:17
**represents** [5] - 9:25, 10:18, 31:17, 32:14, 32:18
**request** [3] - 8:25, 17:23, 18:3
**requested** [2] - 18:14, 30:21
**requesting** [1] - 24:4
**residence** [3] - 8:23, 11:13, 11:15
**residences** [1] - 6:10
**respective** [1] - 10:16
**responses** [1] - 37:18
**rest** [1] - 29:13
**return** [2] - 8:22, 43:25
**returns** [1] - 31:11
**reveal** [1] - 24:2
**review** [8] - 24:8, 29:15, 32:11, 36:21, 37:10, 38:2, 45:5, 45:20
**reviewing** [6] - 8:15, 24:12, 45:23, 46:8, 46:13, 46:15
**Rice** [1] - 2:4
**RICE** [1] - 1:9
**right-hand** [2] - 18:9, 18:11
**Road** [2] - 20:14, 20:16
**role** [2] - 24:13, 38:13
**Rollator** [1] - 12:19
**roughly** [1] - 32:5
**RPR** [2] - 2:4, 52:15
**Russell** [1] - 2:2

**S**

**s/Caryl** [1] - 52:14
**safety** [1] - 41:9
**Saran** [1] - 37:5
**satisfactory** [1] - 49:14
**savvy** [1] - 27:5
**saw** [4] - 20:8, 45:9, 45:12, 45:14

**scenario** [1] - 35:18
**schedule** [3] - 48:19, 49:1, 49:14
**screenshot** [7] - 17:7, 17:9, 19:22, 19:23, 20:2, 21:10, 36:13
**screenshots** [3] - 16:25, 24:5, 41:16
**screenshots..............
............** [1] - 3:13
**se** [1] - 25:24
**search** [8] - 6:14, 7:20, 11:14, 11:18, 15:2, 15:3, 15:6, 40:18
**searching** [1] - 13:3
**Second** [2] - 1:16, 2:5
**second** [5] - 13:16, 14:18, 20:7, 22:7, 49:24
**Section** [1] - 52:6
**Security** [2] - 27:10, 27:25
**see** [8] - 12:3, 29:16, 31:24, 35:11, 35:12, 45:15, 50:18, 50:24
**seeing** [3] - 22:3, 35:2, 35:21
**Seek** [1] - 34:21
**sees** [1] - 44:11
**seize** [3] - 13:1, 20:18, 23:5
**seized** [17] - 3:10, 10:9, 10:15, 10:16, 10:21, 14:4, 14:10, 14:13, 14:14, 14:25, 16:8, 16:11, 20:18, 23:24, 37:18, 38:18, 40:19
**selling** [2] - 6:10, 25:11
**send** [19] - 15:22, 15:25, 16:1, 18:22, 23:21, 28:2, 28:5, 28:21, 28:22, 29:8, 29:13, 35:8, 36:4, 37:2, 37:16, 37:24, 38:16, 42:4, 46:10
**sender** [3] - 7:23, 13:8, 18:14
**sending** [7] - 6:10, 16:5, 21:17, 28:16, 35:7, 38:1, 38:4
**sends** [2] - 21:12, 35:25
**sent** [28] - 8:15, 9:8, 9:18, 9:19, 9:22, 10:15, 11:4, 11:9, 13:7, 14:19, 14:25, 15:14, 15:19, 15:23,

16:11, 16:13, 16:17, 17:11, 17:13, 20:2, 20:3, 22:10, 22:20, 23:22, 24:6, 38:20, 38:23
**sentencing** [5] - 4:12, 4:13, 4:14, 49:18, 49:25
**separate** [1] - 44:3
**served** [1] - 5:21
**Service** [1] - 22:9
**service** [1] - 18:14
**sev** [1] - 34:12
**several** [2] - 16:21, 37:16
**sheets** [1] - 37:6
**ship** [4] - 7:24, 18:11, 22:12, 23:10
**shipment** [11] - 13:4, 15:22, 17:10, 17:12, 18:15, 20:2, 20:10, 20:12, 21:13, 21:17, 23:21
**shipments** [1] - 21:16
**shipped** [3] - 8:12, 32:15, 36:22
**shipper** [7] - 16:18, 17:13, 17:14, 22:11, 22:14, 22:19, 23:22
**shipping** [8] - 11:24, 13:8, 16:13, 16:20, 21:15, 24:10, 37:9, 37:17
**short** [1] - 40:17
**shoulder** [1] - 48:15
**show** [6] - 9:18, 18:11, 18:12, 18:13, 19:23, 23:25
**showed** [1] - 42:25
**showing** [2] - 23:2, 43:16
**shown** [3] - 13:14, 21:17, 31:18
**shows** [12] - 17:9, 19:4, 20:1, 22:4, 22:9, 22:11, 30:2, 35:4, 35:23, 36:13, 44:1, 44:3
**sic** [1] - 23:2
**significance** [1] - 25:21
**significant** [1] - 18:18
**significantly** [1] - 26:2
**signified** [1] - 33:13
**signify** [1] - 33:12
**signing** [1] - 42:17
**similar** [3] - 13:8, 13:11, 16:16
**similarities** [2] - 16:7, 16:10

**simply** [1] - 17:22
**single** [1] - 30:24
**sister** [1] - 6:25
**sleep** [1] - 20:6
**slow** [1] - 27:16
**smaller** [1] - 30:15
**Social** [2] - 27:9, 27:25
**someone** [1] - 45:24
**sometime** [1] - 49:23
**son** [4] - 12:21, 12:22, 33:20, 34:3
**sons** [2] - 27:3, 45:9
**soon** [1] - 18:25
**sorry** [2] - 27:15, 41:25
**source** [5] - 7:8, 24:14, 25:19, 26:1, 38:14
**sourced** [1] - 32:15
**sources** [3] - 24:20, 32:20, 38:7
**SOUTHERN** [1] - 1:1
**Southern** [1] - 52:5
**speaking** [1] - 34:8
**Special** [9] - 4:19, 5:12, 5:14, 9:1, 9:7, 10:6, 18:9, 28:22, 44:24
**specific** [5] - 15:23, 17:9, 20:17, 30:21, 44:5
**specifically** [2] - 11:24, 13:12
**specify** [1] - 37:2
**spelling** [1] - 5:13
**spent** [1] - 41:15
**Staples** [3] - 11:8, 11:25, 20:3
**state** [4] - 8:18, 10:18, 25:20, 26:1
**statement** [4] - 33:4, 40:7, 40:16, 44:14
**statements** [2] - 13:22, 15:22
**states** [1] - 20:4
**STATES** [3] - 1:1, 1:3, 1:13
**States** [12] - 1:15, 1:15, 4:5, 4:9, 4:10, 4:19, 5:21, 22:9, 24:16, 52:4, 52:6, 52:11
**stating** [1] - 15:23
**Steed** [2] - 2:3, 4:10
**stenographically** [1] - 52:8
**stenography** [1] - 2:8
**step** [1] - 47:6
**store** [3] - 11:12,

12:17, 12:21
**Street** [3] - 1:16, 1:21, 2:5
**structural** [2] - 29:1, 29:4
**structure** [1] - 32:19
**structuring** [1] - 29:17
**subject** [1] - 39:6
**subsequent** [1] - 11:18
**substance** [3] - 10:7, 10:11, 10:13
**substances** [5] - 9:21, 14:13, 23:11, 23:19, 38:20
**success** [1] - 50:25
**successful** [1] - 31:18
**suggest** [1] - 22:14
**suggesting** [1] - 37:12
**Suite** [2] - 1:16, 1:22
**summary** [3] - 23:7, 23:18, 40:5
**supplier** [2] - 25:20, 26:1
**supplies** [1] - 36:23
**supply** [5] - 7:8, 24:15, 24:20, 32:20, 38:15
**surgery** [2] - 12:20, 50:25
**surveillance** [3] - 12:5, 12:8, 12:13
**suspects** [1] - 25:7
**suspicion** [1] - 40:13
**suspicious** [1] - 13:4
**sustain** [1] - 45:17
**swear** [1] - 4:22
**swiping** [1] - 42:4
**sworn** [1] - 5:8
**system** [3] - 6:11, 11:24, 37:3

**T**

**Tabacchi** [13] - 1:14, 4:9, 4:17, 28:21, 43:6, 44:18, 47:9, 47:11, 47:22, 48:5, 49:11, 50:5, 50:12
**TABACCHI** [40] - 4:18, 5:4, 5:11, 8:24, 9:6, 9:13, 9:24, 10:5, 14:6, 17:1, 17:18, 18:6, 18:8, 19:16, 19:20, 21:23, 22:1, 24:24, 28:9, 29:22, 30:5, 30:8, 34:25, 35:16, 36:10, 39:2, 39:6, 43:7, 44:19, 44:21, 44:23, 45:18,

45:19, 46:24, 47:14, 47:23, 48:6, 49:15, 50:6, 50:14
**TABACCHI:..............** .............. [2] - 3:3, 3:5
**tad** [1] - 46:4
**tape** [2] - 37:7
**taught** [1] - 6:11
**telephone** [2] - 36:2, 37:10
**telephones** [3] - 15:4, 15:7, 38:3
**terms** [4] - 17:4, 26:6, 31:20, 34:13
**test** [3] - 3:14, 8:7, 21:19
**testified** [1] - 40:13
**testify** [1] - 43:11
**Texas** [1] - 38:25
**text** [6] - 3:22, 15:20, 20:3, 25:9, 36:7, 46:9
**texts** [3] - 15:24, 24:2, 37:17
**Thanksgiving** [1] - 49:5
**THE** [66] - 1:1, 1:1, 1:9, 4:4, 4:21, 4:25, 5:1, 5:2, 5:3, 9:3, 9:5, 10:2, 17:20, 18:4, 19:18, 21:24, 27:17, 27:18, 27:24, 30:6, 39:4, 39:9, 39:14, 39:17, 42:7, 42:10, 42:12, 43:5, 43:8, 43:9, 43:10, 43:12, 43:13, 44:17, 45:11, 45:17, 46:3, 46:5, 46:6, 47:1, 47:6, 47:8, 47:9, 47:15, 47:20, 47:24, 48:2, 48:5, 48:7, 48:10, 48:18, 48:23, 49:1, 49:8, 49:16, 49:18, 49:23, 50:2, 50:4, 50:8, 50:10, 50:12, 50:15, 50:18, 50:24, 51:2
**themselves** [1] - 34:19
**thinking** [1] - 42:13
**three** [8] - 5:16, 6:4, 30:9, 34:19, 41:9, 41:12, 43:16, 46:19
**throughout** [3] - 14:10, 15:20, 25:8
**Thursday** [2] - 50:1, 50:4
**thwart** [1] - 22:21
**Tiesha** [1] - 34:21
**Title** [1] - 52:6

**today** [4] - 4:12, 39:23, 40:13, 48:10
**took** [2] - 22:10, 41:16
**top** [2] - 10:6, 48:13
**total** [9] - 14:9, 14:13, 14:14, 14:17, 23:8, 23:9, 31:14, 31:15, 31:17
**totals** [1] - 14:5
**totals........................** .............. [1] - 3:11
**tracked** [2] - 11:11, 42:20
**tracking** [5] - 8:21, 15:22, 17:15, 20:17, 22:5
**traffickers** [6] - 6:1, 6:6, 6:22, 18:22, 22:19, 29:2
**trafficking** [2] - 6:9, 37:12
**training** [3] - 13:15, 21:2, 22:18
**transaction** [5] - 12:2, 26:23, 31:15, 31:17, 42:3
**transactions** [21] - 12:1, 24:5, 26:25, 28:11, 29:21, 30:3, 30:23, 31:4, 31:15, 31:19, 32:5, 32:8, 33:21, 34:4, 34:10, 34:15, 35:19, 40:12, 43:17, 45:3, 46:10
**transactions............** .................. [1] - 3:19
**transcript** [7] - 2:8, 48:2, 48:12, 49:8, 49:10, 52:7, 52:9
**TRANSCRIPT** [1] - 1:8
**transfer** [2] - 32:16, 35:12
**transferred** [1] - 34:18
**transfers** [5] - 32:6, 32:9, 34:13, 44:4, 44:5
**transit** [1] - 18:25
**true** [5] - 22:20, 27:9, 45:16, 52:7
**truth** [3] - 4:23
**trying** [2] - 28:21, 33:3
**two** [11] - 12:1, 17:9, 21:12, 25:22, 32:22, 41:8, 41:12, 45:9, 46:16, 48:9, 48:10
**type** [6] - 9:20, 10:12, 18:13, 26:21, 29:16
**types** [2] - 14:10, 38:4
**typically** [2] - 18:22,

26:1
**typo** [2] - 31:1, 31:2

## U

**U.S** [1] - 2:5
**ultimately** [1] - 10:9
**unaware** [1] - 15:15
**unfortunately** [1] - 27:6
**unintercepted** [3] - 13:12, 14:18, 23:15
**UNITED** [3] - 1:1, 1:3, 1:13
**United** [12] - 1:15, 1:15, 4:5, 4:9, 4:10, 4:19, 5:21, 22:9, 24:16, 52:4, 52:6, 52:11
**unknown** [2] - 16:6
**unusual** [1] - 12:12
**up** [6] - 32:22, 37:21, 37:25, 46:4, 49:5, 49:7
**upper** [2] - 18:9, 18:11
**UPS** [5] - 7:19, 11:8, 11:25, 13:3, 18:19
**US** [1] - 41:13
**user** [8] - 19:25, 21:13, 22:5, 22:10, 27:8, 28:2, 33:6, 36:15
**users** [4] - 28:6, 28:17, 29:14, 35:13
**uses** [1] - 43:19

## V

**value** [1] - 31:15
**valve** [1] - 41:9
**variety** [1] - 10:23
**various** [4] - 9:18, 10:25, 11:1, 22:20
**verified** [4] - 27:25, 28:17, 28:23
**verify** [3] - 27:10, 27:12, 27:21
**versus** [2] - 4:6, 25:22
**via** [2] - 6:9, 46:11
**video** [1] - 37:25
**videocamera** [2] - 8:14, 11:7
**view** [1] - 23:9
**Village** [1] - 19:5
**Villalobos** [84] - 3:15, 3:18, 3:23, 4:6, 7:2, 7:4, 7:6, 7:12, 7:14, 7:23, 8:12, 8:21, 8:22, 8:23, 9:9, 9:19, 10:21, 11:4, 11:9,

11:12, 11:19, 11:23, 12:9, 12:18, 12:22, 13:5, 13:22, 14:19, 14:25, 15:14, 15:21, 16:12, 16:13, 16:18, 20:2, 21:12, 21:16, 21:20, 22:5, 22:10, 23:20, 24:6, 24:14, 24:19, 26:18, 26:24, 29:17, 29:20, 30:3, 32:3, 32:15, 33:13, 33:16, 33:19, 33:20, 33:24, 34:2, 34:7, 34:14, 34:16, 35:8, 35:9, 35:25, 36:8, 36:16, 36:19, 36:20, 37:8, 37:16, 37:22, 38:14, 40:18, 40:23, 41:3, 42:21, 43:8, 45:21, 45:24, 46:21, 46:23
**VILLALOBOS** [1] - 1:6
**Villalobos'** [21] - 11:15, 15:2, 17:8, 17:10, 19:24, 23:9, 24:8, 24:12, 27:3, 31:24, 33:22, 34:3, 36:2, 36:13, 37:10, 38:2, 38:12, 38:19, 45:5, 46:8, 46:16
**Villalobos's** [2] - 8:17, 15:10
**Virginia** [1] - 11:3
**visual** [1] - 44:9
**voice** [1] - 46:4
**volume** [1] - 34:4
**vs** [1] - 1:5

## W

**waiting** [3] - 16:2, 37:23, 37:25
**walker** [1] - 12:19
**wallet** [1] - 28:3
**Walter** [1] - 2:4
**WALTER** [1] - 1:9
**Waltiara** [1] - 19:6
**warrant** [4] - 7:20, 11:15, 15:2, 40:18
**warrants** [2] - 6:14, 15:6
**Wednesday** [2] - 1:10, 4:1
**week** [7] - 28:23, 48:17, 48:20, 49:6, 49:21, 49:24
**weekly** [1] - 28:16
**weeks** [3] - 41:9, 48:9, 48:10
**weights** [1] - 13:11

**welcome** [1] - 50:15
**West** [1] - 11:3
**west** [2] - 25:19, 25:23
**WESTERN** [1] - 1:2
**WhatsApp** [2] - 19:25, 21:11
**whichever** [1] - 16:1
**white** [1] - 42:8
**whole** [1] - 4:23
**Wiest** [1] - 2:2
**wife** [1] - 43:19
**wiretap** [1] - 6:19
**wish** [3] - 17:25, 48:2, 50:25
**withdraw** [4] - 25:13, 28:5, 33:4, 33:10
**withdrawals** [3] - 32:23, 32:24, 35:12
**WITNESS** [6] - 4:25, 5:2, 9:5, 27:17, 27:24, 47:8
**witness** [2] - 4:14, 43:10
**Witness** [1] - 5:7
**witnesses** [2] - 47:22, 47:24
**works** [5] - 33:5, 41:23, 45:1, 49:2, 49:23
**world** [1] - 45:13
**worth** [1] - 32:8
**Wrap** [1] - 37:5

## Y

**years** [3] - 5:16, 5:22, 6:4
**yourself** [2] - 5:12, 48:7

## Z

**Zelle** [1] - 26:25
**zoomed** [1] - 18:9